**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD F. DELINE (d/b/a DELINE FARMS NORTH, DELINE FARMS SOUTH, AND DELINE FARMS PARTNERSHIP), individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. |
| KOCH FERTILIZER, LLC; KOCH AGRONOMIC SERVICES, LLC; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC., THE MOSAIC COMPANY; CANPOTEX LTD.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES INC.; CF INDUSTRIES NITROGEN, LLC; YARA INTERNATIONAL ASA; and YARA NORTH AMERICA, INC., | ) | JURY TRIAL DEMANDED |

# CLASS ACTION COMPLAINT

Plaintiff Donald F. DeLine, d/b/a DeLine Farms North, DeLine Farms South, and DeLine Farms Partnership ("Plaintiff" or "DeLine Farms"), on behalf of himself and all other similarly situated indirect purchasers of NPK Fertilizers, upon personal knowledge as to the facts pertaining to him and, as to all other matters, based on the investigation of counsel, brings this class action complaint against the above-captioned defendants, Koch Fertilizer, LLC and Koch Agronomic Services, LLC (together, "Koch"); Nutrien Ltd. and Nutrien Ag Solutions, Inc. (together, "Nutrien"); Canpotex Ltd. ("Canpotex"); The Mosaic Company ("Mosaic"); CF Industries Holdings, Inc., CF Industries Inc., and CF Industries Nitrogen, LLC (together, "CF Industries"); and Yara International ASA and Yara North America, Inc. (together, "Yara") (collectively, "Defendants") for violating federal and state antitrust laws.

## I. Introduction

1. Yara, Nutrien, CF Industries, and Koch produce Nitrogen Fertilizer (together, the "Nitrogen Defendants"). Mosaic and Nutrien produce Phosphorous Fertilizer (together, the "Phosphorous Defendants"). Mosaic, Nutrien, and Canpotex produce potash fertilizers (together, the "Potash Defendants").

2. This action arises from Defendants' conspiracy to fix, raise, maintain, and artificially preserve prices for nitrogen fertilizers ("Nitrogen Fertilizers"), phosphorus fertilizers ("Phosphorus Fertilizers"), and potassium ("potash") fertilizers (collectively, the "NPK Fertilizers") from at least January 1, 2021, through the time that Defendants' misconduct and its anticompetitive effects cease (the "Class Period").

3. Defendants are among the largest manufacturers and sellers of NPK Fertilizers in the U.S. and are direct competitors.

4. The victims of Defendants' conspiracy include indirect purchasers of NPK Fertilizers from Defendants. Defendants have also harmed individual farmers and growers, agricultural cooperatives, retailers, fertilizer mixers, members of farming associations, and farm and planting partnerships or companies.

5. Beginning in or around 2021, NPK Fertilizer prices departed from norms and increased at unprecedented rates. Prices spiked dramatically throughout 2021 and 2022, purportedly (according to Defendants) due to various global events and economic factors. However, NPK fertilizer prices remained elevated well after the supply shocks Defendants claimed were responsible subsided. These inflated prices are a result of Defendants' conspiracy, as described below.

6. During the 2021–2022 spike, the prices U.S. farmers like DeLine Farms and the Class Members paid for NPK Fertilizers increased by over 60%. These increases added an estimated $128,000 in costs per farm in 2022. Indeed, while net farm income decreased nearly 30% from 2022 to 2024, the Defendants' profits grew by nearly 300% as NPK Fertilizer prices increased by approximately 100%.

7. As a direct result of Defendants' conspiracy to fix, raise, maintain, or manipulate prices and the supply of NPK Fertilizers, DeLine Farms and similarly situated Class Members have suffered and continue to suffer significant harm. DeLine Farms brings this action on behalf of all indirect purchasers of NPK Fertilizers in the U.S. to seek remedies for injuries inflicted by Defendants' conspiracy. Defendants violated Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1, and state antitrust laws. DeLine Farms seeks damages, injunctive relief, disgorgement of unlawfully obtained profits, and full reimbursement of the costs incurred in pursuing this action, including reasonable attorneys' fees.

## II. Jurisdiction and Venue

8. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1337(a), Sections 4 and 16 of the Clayton Antitrust Act of 1914 ("Clayton Act"), 15 U.S.C. §§15(a) and 26, and Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1.

9. This Court has supplemental subject matter jurisdiction over the related state-antitrust-law claims under 28 U.S.C. §1367, as all claims arise from the same facts and circumstances and form part of the same case.

10. This Court also has jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. §1332(d), as (a) the Class has more than 100 members; (b) the citizenship of at least 1 Class

member is different from that of any Defendant; and (c) the matter in controversy, after aggregating the claims of the proposed Class Members, exceeds $5,000,000.00 exclusive of interest and costs.

11. This Court has personal jurisdiction over each Defendant for four reasons. Namely, each Defendant (a) conducted business throughout the U.S., including in this District; (b) participated in the sale and distribution of NPK Fertilizers across the U.S., including in this District; (c) maintained substantial and continuous contacts within the U.S., including in this District; and (d) was involved in an unlawful conspiracy and price-fixing scheme aimed at causing harm to individuals residing in, located in, or doing business throughout the U.S., including in this District.

12. Venue is proper in this District pursuant to 15 U.S.C. §§15, 22, and 26 and 28 U.S.C. §1391(b) and (c) as, during the Class Period, one or more Defendants transacted business or had registered agents in this District. Venue is also proper in this District as Defendants' conduct, as alleged herein, harmed Class Members in this District. Additionally, the CF Industries Defendants are headquartered in this District.

13. As alleged herein, Defendants significantly affected interstate commerce. They undermined competition, inflated prices or maintained them artificially high, restricted output, and harmed Class Members throughout the U.S.

## III. Parties

### A. Plaintiff

14. Plaintiff Donald F. DeLine owns and operates partnerships DeLine Farms North, DeLine Farms South, and Deline Farms Partnership, each located in Charleston, Missouri. Plaintiff Donald F. DeLine lawfully conducts business (d/b/a) as Deline Farms North, Deline Farms Partnership, and Deline Farms South and has registered all three as Fictitious Names for Plaintiff

Donald F. DeLine pursuant to Missouri state law. DeLine Farms owns and operates farms in Missouri, Arkansas, Illinois, Mississippi, and Tennessee and is the largest family-owned farming business in the U.S.

15. During the Class Period, DeLine Farms purchased one or more NPK Fertilizers indirectly from one or more Defendants during the Class Period for its end use. Defendants damaged DeLine Farms because he paid, and continues to pay, inflated prices for NPK Fertilizers as a direct result of the violations of the antitrust laws outlined in this complaint. DeLine Farms intends to continue to purchase NPK Fertilizer in the future.

## B. Defendants

### 1. Koch

14. Koch Fertilizer, LLC ("Koch Fertilizer") is a wholly owned subsidiary of Koch Ag & Energy Solutions, LLC, which is itself a wholly owned subsidiary of Koch Industries.[1] Koch Fertilizer's headquarters are located at 4111 East 37th Street North, Wichita, Kansas 67220.[2]

15. Koch Fertilizer and its affiliates are major global producers and marketers of fertilizers, including ammonia, urea, urea-ammonium nitrate ("UAN"), phosphate, potash, and sulfur-based products,[3] producing over 12 million metric tons of fertilizer annually.[4]

16. Koch Agronomic Services, LLC ("KAS") is a subsidiary of Koch Ag & Energy Solutions, LLC and Koch Industries. KAS is a leading manufacturer of nitrogen-based NPK

[1] EHSCareers, Koch AG & Energy Solutions, LLC, https://ehscareers.com/company/koch-ag-_and_-energy-solutions%2C-llc-738361 (last visited Apr. 2, 2026).

[2] Koch Fertilizer, LLC, *Customer Service; United States*, https://kochfertilizer.com/customer-service (last visited Apr. 2, 2026).

[3] Bloomberg, Koch Fertilizer, LLC, https://www.bloomberg.com/profile/company/8133000Z:US?embedded-checkout=true (last visited Apr. 2, 2026).

[4] Koch Fertilizer, *A Global Force Rooted with Hometown Values*, https://kochfertilizer.com/about (last visited Apr. 2, 2026).

Fertilizers in the U.S. and is headquartered at 4111 East 37th Street North, Wichita, Kansas 67220.[5]

**2. Mosaic**

17. The Mosaic Company is a Delaware-based publicly traded corporation with its headquarters in Tampa, Florida.[6] Mosaic became one of the largest fertilizer producers in the world when it was formed in October 2004 from the merger of IMC Global and Cargill Inc.'s crop-nutrition division.[7] In 2016, Mosaic acquired Vale S.A.'s Vale Fertilizantes business, adding one potash plant in Brazil and one in Saskatchewan to its operations.[8] Today, Mosaic is a leading producer of potash fertilizer and Phosphorus Fertilizer in North America.[9]

18. During the Class Period, Mosaic potash fertilizer and Phosphorous Fertilizer to customers in the U.S., including Class Members.

**3. Yara**

19. Yara International ASA is a publicly traded company that is listed on the Oslo Stock Exchange (YAR.OL), with headquarters located at Drammensveien 131, 0277 Oslo, Norway.[10] Yara International ASA is a leading worldwide manufacturer of multiple nitrogen-based NPK Fertilizers.[11]

---

[5] *Supra* note 2.

[6] Mosaic, *Investor FAQs, Who is the Mosaic Company*, https://investors.mosaicco.com/resources/investor-faqs/default.aspx (last visited Apr. 2, 2026).

[7] Mosaic, *Investor FAQs, What is Mosaic's History and Predecessor Companies?*, https://investors.mosaicco.com/resources/investor-faqs/default.aspx (last visited Apr. 2, 2026).

[8] Susan Reidy, *Mosaic to Acquire Vale's fertilizer business for $2.5 billion, World-Grain.com* (Dec. 20, 2016) https://www.world-grain.com/articles/7511-mosaic-to-acquire-vale-s-fertilizer-business-for-2-5-billion (last visited Apr. 2, 2026).

[9] Procurement Resource, *Top 7 Potash Producers in the USA*, https://www.procurementresource.com/blog/potash-producers-in-the-usa (last visited Apr. 2, 2026).

[10] Yara, *Share Information*, https://www.yara.com/investor-relations/share-and-debt-information/share-information/ (last visited Apr. 2, 2026).

[11] MarketWatch, Yara International ASA, https://www.marketwatch.com/investing/stock/yar?countrycode=no (last visited Apr. 2, 2026).

20. Yara North America, Inc. is a wholly owned subsidiary of Yara International ASA. Its headquarters are located at 100 North Tampa Street, Suite 3800, Tampa, Florida 33602. Yara North America, Inc.'s main activities include sales, marketing, and distribution. The company offers a comprehensive portfolio of crop nutrition services including nitrogen-based fertilizers and NPK Fertilizers.

**4. Nutrien**

21. Nutrien Ltd. is a publicly traded Canadian company based in Saskatoon, Saskatchewan.[12] It was formed from Potash Corporation of Saskatchewan Inc. ("PotashCorp"), which the Saskatchewan government established as a public corporation in 1975.[13] After privatizing in 1990, it aggressively expanded by acquiring major U.S. fertilizer companies, including Potash Company of America, Texasgulf Inc., and White Springs Agricultural Chemicals.[14] In 2016, PotashCorp proposed a merger with Agrium, Inc., a major potash producer.[15] The Federal Trade Commission ("FTC") approved the merger in 2018, requiring the divestiture of two Agrium, Inc. facilities that did not produce potash.[16] The merger created Nutrien Ltd., the world's largest potash producer and second-largest fertilizer company, an entity operating

[12] Nutrien, *Celebrating the past, planning our future* (Nov. 28, 2018), https://www.nutrien.com/news/stories/celebrating-past-growing-our-future.

[13] Funding Universe, *Potash Corporation of Saskatchewan Inc. History*, https://www.fundinguniverse.com/company-histories/potash-corporation-of-saskatchewan-inc-history/ (last visited Apr. 2, 2026).

[14] *Id.*

[15] Marilyn Scales, *POTASH: Nutrien created as Agrium, PotashCorp merger closes*, Canadian Mining Journal (Jan. 22, 2018), https://www.canadianminingjournal.com/news/potash-nutrien-created-agrium-potashcorp-merger-closes/.

[16] David Giles, *PotashCorp, Agrium receive final approval for merger*, Global News (Dec. 27, 2017), https://globalnews.ca/news/3935134/potashcorp-agrium-merger-nutrien/ (last visited Apr. 2, 2026).

six of Saskatchewan's ten potash mines and holding around 60% of North America's potash capacity.[17]

22. Nutrien Ag Solutions, Inc. is a wholly owned subsidiary of Nutrien Ltd.,[18] is incorporated in Delaware, and is located in Loveland, Colorado.[19]

23. During the Class Period, Nutrien sold Nitrogen Fertilizers, Phosphorus Fertilizers, and potash fertilizers to customers in the U.S., including Class Members.

**5. Canpotex**

24. Canpotex Ltd. is a private export company co-owned by Nutrien, Ltd. and Mosaic Canada Corp Nutrition, LP,[20] a subsidiary of Mosaic. Canpotex's principal place of business is located at Suite 700, 409 – Third Avenue South, Saskatoon, Saskatchewan, Canada S7K 5R5.[21] Canpotex is the leading global producer of potash minerals for NPK Fertilizers, holding about 83% of the U.S. potash market.[22]

**6. CF Industries**

25. CF Industries Holdings, Inc. is a publicly traded company listed on the New York Stock Exchange (NYSE: CF) and is headquartered at 2375 Waterview Drive, Northbrook, Illinois

---

[17] *Supra*, note 15.
[18] Nutrien Ag Solutions, *About Us, Leading the Field*, https://nutrienagsolutions.com/about-us (last visited Apr. 2, 2026).
[19] *Id.*
[20] Canpotex, *About Us*, https://www.canpotex.com/who-we-are/about-us/ (last visited Apr. 2, 2026).
[21] Canpotex, *Corporate Offices*, https://www.canpotex.com/contact/corporate-offices/ (last visited Apr. 2, 2026).
[22] *Open Markets Institute Comments on "Access to Fertilizer: Competition and Supply Chain Concerns,"* AMS-AMS-22-0027 (June 16, 2022), https://downloads.regulations.gov/AMS-AMS-22-0027-1411/attachment_1.pdf citing to U.S. Geological Survey, Mineral Commodity Summaries (Jan. 2021), https://pubs.usgs.gov/periodicals/mcs2021/mcs2021-potash.pdf).

60062. It produces nitrogen-based NPK Fertilizers for sale throughout the U.S. and the United Kingdom.[23]

26. CF Industries Inc. is a wholly owned subsidiary of CF Industries Holdings, Inc. and was incorporated in Delaware,[24] with its principal place of business also located in Northbrook, Illinois.[25] CF Industries Inc. is the primary operating subsidiary of CF Industries Holdings, Inc.

27. CF Industries Nitrogen, LLC, is an agricultural cooperative that is approximately 89% by CF Industries Inc. and approximately 11% owned by CHS Inc.[26] CF Industries Nitrogen, LLC is a Delaware corporation with its principal place of business in Northbrook, Illinois.

28. During the Class Period, CF Industries sold Nitrogen Fertilizers to purchasers in the U.S., including Class Members.

**7. Unnamed Co-Conspirators and Other Non-Parties**

29. Several individuals, firms, and corporations not named as Defendants are believed to have conspired with Defendants and contributed to the illegal activities described herein. Defendants are jointly and severally liable for the misconduct of these unnamed co-conspirators.

30. When reference is made to, or any act is attributed to, a corporation, it means the corporation’s officers, directors, agents, employees, or representatives entrusted to manage the corporation’s affairs.

---

[23] Yahoo! Finance, CF Industries Holdings, Inc. https://finance.yahoo.com/quote/CF/profile (last visited Apr. 2, 2026).

[24] CF, *Investor FAQs*, https://ir.cfindustries.com/Investors/resources/investor-faqs/default.aspx (last visited Apr. 2, 2026).

[25] CF, *Investor FAQs; Where are the company’s headquarters*, https://ir.cfindustries.com/Investors/resources/investor-faqs/default.aspx (last visited Apr. 2, 2026).

[26] CF, *CF Industries and CHS Commence Strategic Venture* (Feb. 1, 2016), https://www.cfindustries.com/newsroom/2016/cf-chs-strategic-venture (last visited Apr. 2, 2026).

31. Additionally, Defendants are responsible for acts committed by companies Defendants acquired through mergers and acquisitions that support the alleged misconduct.

## IV. Factual Allegations

### A. NPK Fertilizers in North America

32. Fertilizer is a key input in U.S. agriculture.[27] American farms cultivate over 220 million acres of cropland, driving unrelenting demand for NPK Fertilizers.

33. Three essential macronutrients, nitrogen (N), phosphorus (P), and potassium (K) ("NPK Fertilizers"), stimulate plant growth and maximize yield. Each nutrient contributes to different internal functions that drive plant growth and thereby form the foundation of most plants' nutrition programs. While each nutrient has unique raw inputs and distinct manufacturing processes, all are indispensable for crop cultivation. *See* below.[28]

[27] Angelica Williams, LaPorchia A. Collins & Amy Boline, *U.S. fertilizer consumption rebounds from 2021 drop*, USDA Econ. Res. Serv. (Sep. 24, 2025), https://www.ers.usda.gov/data-products/charts-of-note/chart-detail?chartId=113348.

[28] "How Fertilizers are Made," Fertilizers Europe, available at https://www.fertilizerseurope.com/fertilizers-in-europe/how-fertilizers-are-made/.




34. Fertilizer demand in the U.S. is driven mainly by the cultivation of row crops—particularly corn and soybeans—which account for the majority of planted acreage and fertilizer consumption. Corn production alone consumes approximately 45% of all nitrogen fertilizer applied domestically.[29] In 2023, U.S. farmers planted approximately 89.9 million acres of corn.[30] Demand for corn-based ethanol under the Renewable Fuel Standard further intensifies demand for nitrogen fertilizer. The Renewable Fuel Standard mandates the conversion of over five billion bushels of corn into fuel annually. Every American farmer who grows corn, soybeans, wheat, or other major crops must purchase nitrogen, phosphate, and potash fertilizers each planting season, making these products a non-discretionary input cost for farmers.

[29] Market Data Forecast, U.S. Fertilizers Market Size (Oct. 2025).
[30] USDA, National Agricultural Statistics Service, Acreage Report (June 2023).

35. In 2025, the U.S. fertilizer market was valued at nearly $30 billion and is projected to reach over $31 billion in 2026.[31] The cost of fertilizer represent a large portion of farmers' cost of production.




[31] Mordor Intelligence, *United States Fertilizers Market Size & Share Analysis –Growth Trends and Forecast (2026 –2031)*, https://www.mordorintelligence.com/industry-reports/united-states-fertilizers-market (last visited Apr. 2, 2026).

Price increases for NPK Fertilizers thus affect the net income of farmers.[32] In 2022, fertilizer costs represented more than 40% of total operating costs.[33]

36. There are high entry barriers to produce and distribute NPK Fertilizers because they are highly concentrated and capital-intensive. Likewise, farmers cannot economically substitute away from NPK Fertilizers or reduce use of NPK Fertilizers, rendering inelastic the demand for these critical inputs.[34]

**1. Nitrogen Fertilizers**

37. Nitrogen Fertilizers are widely used in agriculture because nitrogen is the nutrient plants require in the greatest quantity. Nitrogen is a key component of chlorophyll, the molecule that enables photosynthesis, and it is necessary for the formation of proteins and other biological compounds involved in plant growth. Nitrogen supports the development of leaves and stems and is associated with faster growth and higher crop yields. Roughly half of food production worldwide depends on synthetic nitrogen.

38. Ammonia is the primary input for most Nitrogen Fertilizers. The production of Nitrogen Fertilizers starts with ammonia, which is synthesized using the Haber-Bosch process.[35] The Haber-Bosch process applies high temperatures and pressure to an iron-based catalyst to

[32] Angelica Williams, LaPorchia A. Collins & Amy Boline, *Drivers of Fertilizer Markets: Supply, Demand, and Prices*, ERR-354, USDA Econ. Res. Serv. (Sep. 2025), https://ers.usda.gov/sites/default/files/_laserfiche/publications/113324/ERR-354.pdf?v=38488.
[33] *Id.* at iv.
[34] *See id.* at 16 (stating growers' responses to rising fertilizer costs are "limited because reducing fertilizer use reduces yields and revenues").
[35] Dr. Robert Mikkelsen, *The Facts: Nitrogen Fertilizer*, MOSAIC, https://www.cropnutrition.com/resource-library/the-facts-nitrogen-fertilizer/#:~:text=All%20N%20fertilizer%20begins%20with,commonly%20used%20to%20fertilize%20crops. (last accessed Apr. 8, 2026).

synthesize anhydrous ammonia, thereby reacting hydrogen from natural gas and nitrogen from air separation as depicted below.[36]




39. Nitrogen Fertilizers are primarily composed of nitrogen and include nitrate, ammonium, ammonium nitrate, and urea,[37] but the different forms of Nitrogen Fertilizer are defined by the type of nitrogen present in the fertilizer.[38]

40. Nitrogen Fertilizers include anhydrous ammonia, urea, ammonium nitrate, and UAN solutions. Anhydrous ammonia is 82% nitrogen and immediately turns into gas when injected into the soil. Urea is produced by combining ammonia and carbon dioxide to form ammonium carbamate, which is then converted into urea through dehydration. Ammonium nitrate, produced by reacting ammonia with nitric acid, is another type of Nitrogen Fertilizer. UAN, a liquid solution containing 28-32% nitrogen, is created by blending urea and ammonium nitrate.

41. As elaborated upon below, Nitrogen Fertilizer production is highly concentrated due to decades of consolidation in the NPK Fertilizer industry. During the Class Period,

---

[36] Luis Jimenez, "Haber-Bosch Process," *Stanford University* (Dec. 14, 2022), available at http://large.stanford.edu/courses/2022/ph240/jimenez2/images/f1big.png.
[37] David B. Mengel, *Types and Uses of Nitrogen Fertilizers for Crop Production, Agronomy Guide*, Purdue Univ. Coop. Ext. Serv., https://www.extension.purdue.edu/extmedia/ay/ay-204.html (last visited Apr. 2, 2026).
[38] *Id.*

Defendants CF Industries, Nutrien, Koch, and Yara controlled more than 80% of Nitrogen Fertilizer production in the U.S.

**2. Phosphorus Fertilizers**

42. Phosphorus Fertilizers supply phosphorus, an essential nutrient required for several core plant functions. Phosphorus plays an important role in energy transfer within plant cells, including through molecules such as adenosine triphosphate, and contributes to early plant development, root formation, and the production of flowers and seeds. Adequate phosphorus availability is therefore associated with strong root systems and successful crop establishment.

43. Phosphorus Fertilizers are produced from mined phosphate rocks, which are dissolved in acid and become the main active ingredient in Phosphorus Fertilizers.[39] The U.S. has approximately one billion metric tons of phosphate rock reserves—more than enough to satisfy domestic demand for Phosphorous Fertilizer production. Most phosphate rock deposits are in Florida and North Carolina. Phosphate rock mining has high barriers to entry, because it requires enormous capital investment, specialized engineering and permitting, and years of development before production can begin.

44. After phosphate rock is extracted, it is treated with an acid (usually sulfuric acid), to produce phosphoric acid. Phosphoric acid is then concentrated or mixed with ammonia to make Phosphorous Fertilizers.

---

[39] Richard J. Haynes & Ravi Naidu, Phosphate Rock, *Phosphorus –An Essential input for agriculture yet a key pollutant of surface waters*, ScienceDirect (2024), https://www.sciencedirect.com/topics/earth-and-planetary-sciences/phosphate-rock.

45. Production of Phosphorus Fertilizers is highly concentrated. During the Class Period, Nutrien and Mosaic accounted for more than 90% of Phosphorus Fertilizer production in North America.[40]

**3. Potash**

46. Potash is extracted from underground deposits and typically sold as potassium chloride, also known as muriate of potash.[41]

47. Potash supplies potassium, another primary plant nutrient required for healthy crop growth. Potassium helps regulate water movement in plant tissues, activates enzymes involved in metabolism, and supports plant tolerance to environmental stresses such as drought or disease. Adequate potassium availability contributes to improved crop quality and resilience.

48. Most of the potash purchased in the U.S. is imported from mines in Western Canada, where it is extracted through conventional underground mining or solution mining.

49. Like Nitrogen Fertilizer and Phosphorus Fertilizer production, potash also has high barriers to entry. Potash mining requires enormous capital investment, specialized engineering and permitting, and years of development before production can begin.

**a. Canpotex and the Potash Market**

50. Canpotex, a Canadian potash marketing and expert company, coordinates the offshore marketing, sales, and transportation of potash produced by Nutrien and Mosaic.

---

[40] Farm Action, *USDA's Vaden Accuses Nutrien, Mosaic of Fertilizer Price Collusion* (Jan. 29, 2026), https://farmaction.us/farm-policy-news-usdas-vaden-accuses-nutrien-mosaic-of-fertilizer-price-collusion/#:~:text=%E2%80%9CCanada's%20Nutrien%20and%20Florida%2Dbased,'%E2%80%9D.

[41] Chris Calam, *Ambitious Mining Project to Meet the Demand for Potash*, ThermoFisher Scientific (Apr. 9, 2019), https://www.thermofisher.com/blog/mining/ambitious-mining-project-to-meet-the-demand-for-potash/.

51. Formed in 1972 as a joint export association for Canadian potash producers, its owners—Nutrien and Mosaic—market and distribute potash from their Canadian mines to customers outside of North America.

52. Canpotex operates a vertically integrated export system, including a fleet of specialized railcars, port terminal facilities, and ocean vessels, through which Canpotex's members export potash from Saskatchewan mines to overseas customers.

53. Canpotex enables its owners to coordinate key aspects of potash sales, including export volumes and shipment schedules. Although Canpotex is not used to export potash into the U.S., the use of Canpotex as a joint exporting and marketing organization creates opportunities for would-be competitors, Nutrien and Mosaic, to exchange competitively sensitive information and to collaborate in aligning their U.S. pricing and supply strategies. Upon information and belief, Canpotex collects and manages competitively sensitive information concerning the potash market, including production capacities, inventories, customer demand, shipment logistics, and pricing for Nutrien and Mosaic.

**4. Systemic Consolidation of the North American NPK Fertilizer Market**

54. The NPK Fertilizer industry has consolidated dramatically over the last 40 to 50 years. Once a competitive market, the NPK Fertilizer industry is now highly concentrated, with Defendants at the helm.

55. In the late 1970s and early 1980s there were 56 nitrogen companies, 25 phosphate-mining companies, and 15 potash companies operating in the U.S. and Canada. Between the 1980s and mid-2000s, the Nitrogen Fertilizer sector contracted from 59 to 22 production facilities and from 46 firms to 13,[42] with 6 companies controlling 68% of the Nitrogen Fertilizer market.

---

[42] Anton Beckkerman, Gary W. Brester & David Ripplinger, *The History, Consolidation, and*

Similarly, consolidation of the Phosphorus Fertilizer market left six companies controlling 88% of the market. And by 2000, just two companies controlled 85% of the potash market and eventually formalized their oligopoly by creating Canpotex. *See* below.[43]




56. The market further consolidated over the next decade. By 2012, four companies controlled 75% of the nitrogen market, three companies controlled 90% of the phosphorus market, and three companies controlled the nearly 90% of potash imported from Canada. By 2024, there were less than five significant producers in each NPK Fertilizer market and just three companies, Nutrien, Mosaic, and CF Industries, control most of the domestic NPK Fertilizer market. *See* below.[44]

---

*Future of the U.S. Nitrogen Fertilizer Production Industry*, Choices Magazine, Agric. & Applied Econ. Assn (Vol. 32, Quarter 2), https://www.choicesmagazine.org/UserFiles/file/cmsarticle_742.pdf.

[43] Farm Action, *Fertilizer: The Hidden Engine of Corporate Power* (Oct. 9, 2025), https://farmaction.us/fertilizer-the-hidden-engine-of-corporate-power/.

[44] Farm Action, *Fact Sheet: The Fertilizer Sector*, https://farmaction.us/wp-content/uploads/2024/09/Fertilizer_Farm-Action.pdf (last visited Apr. 2, 2026).




**B. Defendants' Anticompetitive Conduct**

57. Defendants' consolidation of control over NPK Fertilizer inputs and sales has given them significant market power in the NPK Fertilizer sector. Because of their substantial advantages in capacity over existing and potential rivals, Defendants can influence national and regional NPK Fertilizer markets price levels.

58. Prior to the start of the conspiracy, NPK Fertilizer prices had been declining steadily for almost a decade. Price increases were typically transitory, and market forces corrected pricing, consistent with a competitive market. Even during the COVID-19 pandemic in 2020, NPK Fertilizer prices remained at average or slightly lower levels.

59. In or around 2021, NPK Fertilizer prices began to rise dramatically, deviating significantly from historical norms.[45] Prices spiked throughout 2021 and 2022,[46] remaining high even after alleged supply issues were resolved. These inflated prices are the direct and proximate result of Defendants' conspiracy and unlawful conduct.

60. During this period, U.S. farmers, including Plaintiff and Class Members, saw NPK Fertilizer costs skyrocket,[47] adding approximately $128,000 in expenses per farm in 2022.[48] Compared to September 2020, prices for the main nitrogen-based fertilizers—anhydrous ammonia, urea, and liquid nitrogen—increased 210%, 155%, and 159%, respectively. Phosphorus Fertilizers diammonium phosphate (DAP) and monoammonium phosphate (MAP) increased 100% and 125%, respectively.

61. This extreme price spike is evidence of the Defendants' collusion. Specifically, Defendants leverage the global nature of the fertilizer industry to exploit farmers, like Plaintiff, and fix prices. Both statistical and anecdotal evidence support this trend. When a globally disruptive event occurs—for example, the COVID-19 pandemic, Russia's war on Ukraine, and most recently

---

[45] John Baffes & Wee Chian Koh, *Soaring fertilizer prices add to inflationary pressures and food security concerns*, WorldBank Blogs (Nov. 15, 2021), https://blogs.worldbank.org/en/opendata/soaring-fertilizer-prices-add-inflationary-pressures-and-food-security-concerns.

[46] Frank K. Nti, *Impacts and Repercussions of Price Increases on the Global Fertilizer Market*, USDA Foreign Agric. Serv. (June 30, 2022), https://www.fas.usda.gov/data/impacts-and-repercussions-price-increases-global-fertilizer-market.

[47] Madelyn Ostendorf, *What Is Going on With Fertilizer Prices?, Successful Farming* (Dec. 16, 2021), https://www.agriculture.com/news/crops/skyrocketing-fertilizer-market-has-farmers-analysts-and-companies-weighing-in.

[48] Tyne Morgan, *50% Surge in Fertilizer Prices Adds $128,000 in On-Farm Costs for 2022*, Finds Texas A&M Study, FarmJournal AGWeb (Jan. 12, 2022), https://www.agweb.com/news/crops/corn/50-surge-fertilizer-prices-adds-128-000-farm-costs-2022-finds-texas-am-study.

military strikes on Iran—Defendants uniformly spike fertilizer prices under the guise of supply-chain disruptions to extract supracompetitive prices from Class Members.

**1. Defendants Conspired to Increase NPK Fertilizer Prices**

62. Upon information and belief, beginning around 2021, Defendants conspired to coordinate output restrictions and enforce capacity discipline. Acting collectively, Defendants limited the supply of NPK Fertilizers in the U.S. by, among other actions, (a) reducing production and available capacity; (b) postponing or constraining production expansions despite historically high prices; (c) managing inventories to impose and sustain artificial scarcity; and (d) refraining from materially increasing output in response to rising prices, as one would expect in an efficient market.

63. In a competitive market, record-high prices prompt a swift and sustained increase in supply. That did not occur here. Instead, Defendants adhered to capacity discipline, keeping supply in each market constrained even as prices climbed to historic levels.

64. This managed scarcity was not accidental. Rather, upon information and belief, Defendants agreed to restrict supply. The market's structure facilitated this conduct. Because a small number of dominant producers controlled nearly all NPK Fertilizer production in North America, Defendants did not need to coordinate with dozens of firms to affect their anticompetitive scheme; they only needed to coordinate with each other across and in their respective markets. As such, fertilizer prices have steadily risen, increasing 37% between 2020 and 2025.

**2. NPK Fertilizer Prices Moved in Tandem**

65. Between 2020 and 2021, the wholesale fertilizer index—which captures the prices for domestically produced fertilizer—increased by over 60%. These upward trends continued and in 2022 wholesale fertilizer prices averaged 132% higher than 2020 prices.




66. Publicly available pricing data show a parallel pattern across NPK Fertilizers—a sharp increase in 2021 to 2022, price decreases in 2023, and renewed increases beginning in 2024 that continue through the present.









[49]

67. Although all three fertilizers generally rise and fall in tandem, different factors can cause varying pricing divergences between Nitrogen, Phosphate, and potash fertilizers. For example, although global energy prices influence all fertilizer prices, Nitrogen fertilizer prices are more closely linked to the price of natural gas whereas Phosphate and potash fertilizers are linked to electricity and crude oil prices.[50] Additionally, potash fertilizers are more sensitive to export

[49] Potash, soda, and borate mineral pricing is only available through December 1, 2022. U.S. Bureau of Labor Statistics, *Producer Price Index by Industry: Potash, Soda, and Borate Mineral Mining [PCU212391212391]*, *available at* https://fred.stlouisfed.org/series/PCU212391212391 (last visited Apr. 7, 2026).

[50] Wen-yuan Huang, *Factors Contributing to the Recent Increase in U.S. Fertilizer Prices, 2002-*

and geopolitical issues as the United States relies more heavily on imports for potash fertilizer inputs.[51]

*08*, USDA (February 2009), available at https://ers.usda.gov/sites/default/files/_laserfiche/outlooks/35824/10935_ar33.pdf?v=73154#:~:text=Rising%20energy%20costs.&text=Thus%2C%20increases%20in%20natural%20gas,to%20their%20historic%20longrun%20trends.; Phil Kenkel, *Causes of Fertilizer Price Volatility*, OKLAHOMA STATE UNIVERSITY (May 2017), https://extension.okstate.edu/fact-sheets/causes-of-fertilizer-price-volatility#:~:text=Prices%20of%20nitrogen%2C%20phosphate%2C%20and,percent%20between%202000%20and%202008.

[51] *Fertilizer Transportation Dashboard*, USDA, https://agtransport.usda.gov/stories/s/dtqv-e4ux (last accessed Apr. 8, 2026); Frank K. Nti, *Impacts and Repercussions of Price Increases on the Global Fertilizer Market*, USDA (June 30, 2022), https://www.fas.usda.gov/data/impacts-and-repercussions-price-increases-global-fertilizer-market.

**FIGURE 2**
*Prices of nitrogen (N), phosphorus (P) and potash (K) fertilizers, 2020-24*




Source: Bloomberg Green Market

52

68. During the Class Period, farmers like Plaintiff and Class Members paid higher prices for NPK Fertilizers while Defendants raked in record high profits.[53]




**a. Nitrogen Fertilizers Price Increases**

69. Public disclosures by Nutrien show that Nitrogen Fertilizer prices increased sharply from 2021 to 2022. In its 2022 filings, Nutrien reported average net realized selling prices of

[52] Xiaoli Etienne and Qi Zhang, *Fertilizer prices stabilize in 2024, but uncertainty continues*, AGPROUD (Dec. 23, 2024), https://www.agproud.com/articles/60732-fertilizer-prices-stabilize-in-2024-but-uncertainty-continues#:~:text=Although%20the%20market%20has%20overall,the%20end%20of%20the%20year.

[53] *See* Noah Zahn, *The price of plenty: Fertilizer companies cash in while farmers struggle*, WUSF NPR (June 8, 2023), https://www.wusf.org/environment/2023-06-08/the-price-of-plenty-fertilizer-companies-cash-in-farmers-struggle.

approximately $973 per metric tonne for ammonia in 2022 versus $477 in 2021, a 104% increase; $696 per metric tonne for urea in 2022 versus $478 in 2021, a 46% increase; and $402 per metric tonne for solutions, nitrates, and sulfates in 2022 versus $238 in 2021, a 69% increase.[54]

70. CF Industries' public disclosures also show substantial year-over-year increases in Nitrogen Fertilizer prices from 2021 to 2022. CF Industries reported an 88% increase in ammonia prices (from approximately $452 per metric ton in 2021 to approximately $849 per metric ton in 2022); a 45% increase in urea prices (from approximately $397 per metric ton to approximately $574 per metric ton); a 93% increase in UAN prices (from approximately $247 per metric ton to approximately $477 per metric ton); and a 78% price increase for ammonium nitrate (from approximately $269 per metric ton to approximately $480 per metric ton).[55]

71. Upon information and belief, Yara and Koch announced and implemented similar price increases across their Nitrogen Fertilizers.

**b. Phosphorus Fertilizers Price Increases**

72. Nutrien's and Mosaic's public financial disclosures also show sharp increases in Phosphate Fertilizer prices beginning in 2021, reaching historically elevated levels in 2022.

---

[54] Press Release, Nutrien, *Nutrien Reports Fourth Quarter and Full-Year 2022 Results* (Feb. 15, 2023), https://www.sec.gov/Archives/edgar/data/1725964/000119312523040355/d450102dex991.htm; *see also* Nutrien, Management's Discussion & Analysis (2022), https://www.sec.gov/Archives/edgar/data/1725964/000119312523048055/d411297dex9921.pdf.

[55] CF Industries Holdings, Inc., Annual Report (Form 10-K) (Feb. 23, 2023), https://www.cfindustries.com/globalassets/cf-industries/media/documents/reports/annual-reports/cf_industries_2023-annual-report.pdf (approximate numbers based on converting CF's reported per-product-ton to metric tons).

73. Nutrien reported that its average net realized selling price for Phosphate Fertilizers in North America increased from approximately $602 per metric tonne in 2021 to approximately $806 per metric tonne in 2022, an increase of approximately 34%.[56]

74. Mosaic reported similar price increases in its 2022 annual disclosures, stating that its average selling price for Phosphate Fertilizers increased from approximately $564 per tonne in 2021 to approximately $804 per tonne in 2022, an increase of approximately 43%.[57]

75. Recent company disclosures indicate that Phosphate Fertilizer prices increased again after declining from 2022 peaks. Nutrien reported that its North American phosphate-selling prices increased from approximately $615 per metric tonne in the fourth quarter of 2024 to approximately $677 per metric tonne in the fourth quarter of 2025, an increase of approximately 10%.[58] Mosaic similarly reported an approximate 16% price increase over the same period, from $593 per tonne to approximately $686 per tonne.[59]

**c. Potash Price Increases**

76. Nutrien's and Mosaic's public financial disclosures also indicate a sharp price increase for potash beginning in 2021, hitting historically high levels in 2022.

---

[56] *See* Nutrien Ltd., Nutrien Annual Report 2022, *Management's Discussion and Analysis*, at 45–46 (Feb. 16, 2023), https://www.sec.gov/Archives/edgar/data/1725964/000119312523048055/d411297dex9921.pdf (table reporting "Phosphate" net selling prices).

[57] The Mosaic Company, Annual Report (Form 10-K) at 34 (Feb. 23, 2023), https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/c177b49b-a7e5-4f2f-afbc-b1fdc9629748.pdf (table reporting "Average Selling Price – Phosphates").

[58] *See* News Release, Nutrien Ltd., *Nutrien Reports Full-Year 2025 Results and Provides 2026 Guidance* (Feb. 18, 2026), https://www.nutrien.com/news/press-releases/nutrien-reports-full-year-2025-results-and-provides-2026-guidance-1741.

[59] Press Release, The Mosaic Company, *The Mosaic Company Reports Fourth Quarter and Full Year 2025 Results* (Feb. 24, 2026), https://s1.q4cdn.com/823038994/files/doc_financials/2025/q4/Press-Release-Q4-2025-Exhibit-99-1-FINAL.pdf.

77. Nutrien reported its average net realized selling price for potash in North America increased from approximately $317 per metric tonne in 2021 to approximately $667 per metric tonne in 2022, an increase of approximately 110%.[60]

78. Mosaic reported similar price increases in its 2022 annual disclosures, affirming that its average selling price for potash increased from approximately $285 per tonne in 2021 to approximately $632 per tonne in 2022, an increase of approximately 122%.[61]

79. More-recent company disclosures indicate that potash prices increased again after declining from 2022 peaks. Nutrien reported that its North American potash-selling prices increased from approximately $270 per metric tonne in the fourth quarter of 2024 to approximately $305 per metric tonne in the fourth quarter of 2025, an increase of approximately 13%.[62] Similarly, Mosaic reported an increase from approximately $199 per tonne to approximately $264 per tonne over the same period, an increase of approximately 33%.[63]

### C. Defendants' Economic Justifications for Rising Prices during the Class Period Do Not Explain the Price Increases

80. Defendants have claimed that the NPK Fertilizer prices increased during the Class Period due to logistics disruptions, general inflation, input prices, global supply issues, blaming

[60] Nutrien Ltd., Nutrien Annual Report 2022, Management's Discussion and Analysis, at 38–40 (Feb. 16, 2023), https://www.sec.gov/Archives/edgar/data/1725964/000119312523048055/d411297dex9921.pdf (table reporting Potash net selling prices).

[61] *See* The Mosaic Company, Annual Report (Form 10-K) at 36–37 (Feb. 23, 2023), https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/c177b49b-a7e5-4f2f-afbc-b1fdc9629748.pdf (table reporting "Average Selling Price – Potash").

[62] *See* News Release, Nutrien Ltd., *Nutrien Reports Full-Year 2025 Results and Provides 2026 Guidance* (Feb. 18, 2026), https://www.nutrien.com/news/press-releases/nutrien-reports-full-year-2025-results-and-provides-2026-guidance-1741.

[63] *See* Press Release, The Mosaic Company, *The Mosaic Company Reports Fourth Quarter and Full Year 2025 Results* (Feb. 24, 2026), https://s1.q4cdn.com/823038994/files/doc_financials/2025/q4/Press-Release-Q4-2025-Exhibit-99-1-FINAL.pdf.

the war in Ukraine and the accompanying sanctions on exports from Russia and Belarus,[64] as well as capacity constraints. But these explanations do not fully justify the sustained high prices farmers have faced.

**i. Logistics Disruptions**

81. Indeed, during one of the most significant supply chain disruptions, the COVID-19 pandemic, Defendants reported that their operations remained stable. For example, Nutrien reported, "Our second-quarter and first-half 2020 net earnings were lower than the same periods in 2019 primarily due to significantly lower crop nutrient prices. This was mostly offset by strong Retail revenue and gross margin growth, higher crop nutrient volume sales, solid operational results and the benefit of an asset retirement obligation change in estimate. COVID-19 had limited impact on our business in the periods."[65]

82. Mosaic similarly reported that, "To date, there have been no material impacts to Mosaic's operating facilities, employees, supply chain and logistics as a result of Covid-19."[66]

**ii. General Inflation**

83. Inflation also does not account for the rise in prices. "As measured by the consumer price index, inflation grew 8% from April 2021 to April 2022, an annual rate unseen since the

---

[64] Nutrien, *An Explainer: What's driving the cost of fertilizer?* (Aug. 31, 2022), https://www.nutrien.com/news/stories/explainer-whats-driving-cost-fertilizer.

[65] Nutrien, *Nutrien Demonstrates Strength & Stability: Ag Solutions EBITDA Up 20 Percent & Excellent Operational Results* (Aug. 10, 2020), https://www.nutrien.com/news/press-releases/nutrien-demonstrates-strength-and-stability-ag-solutions-ebitda-up-20-percent-and-excellent-operational-results-1574.

[66] Nicholas Woodroof, *The Mosaic Company reports 1Q20 results*, WORLD FERTILIZER (May 5, 2020), https://www.worldfertilizer.com/phosphates/05052020/the-mosaic-company-reports-1q20-results/.

1980s."[67] "[C]rop prices have roughly doubled over the past couple of years, [but] fertilizer prices are two to four times higher than they were in September 2020."[68]

**iii. Global Supply Issues**

84. Following the 2022 invasion of Ukraine, potash producers from non-sanctioned countries, including Defendants, had a prime opportunity to boost supply and seize market share from their competitors. In a competitive environment, prices should have declined and returned to pre-2022 levels. Instead, potash prices have remained unjustifiably high, even exceeding prices from 2021. Potash producers' refusal to reduce prices would undermine their economic self-interest unless they were deliberately keeping prices elevated to manipulate the market.

85. Moreover, the conflict that began in 2022 cannot explain the price spikes that occurred that year because Class Members typically forward purchase fertilizer to fill the next year's needs.[69] Indeed, USDA concluded that "[t]he United States is a significant producer of nitrogen and phosphorus yet imports large quantities of potassium-based fertilizers. Although fertilizer prices began increasing in 2021, many U.S. producers were able to avoid the later surge in fertilizer prices caused by Russia's invasion of Ukraine, because fertilizers for 2022 plantings were purchased in 2021."[70] For example, around 80% of farmers locked in their 2026-planting-season fertilizer prices in fall of 2025.[71]

---

[67] John M. Crespi et al., *An Examination of Recent Fertilizer Price Changes*, CENTER FOR AGRICULTURAL AND RURAL DEVELOPMENT IOWA STATE UNIVERSITY (June 2022), https://www.card.iastate.edu/files/publications/pdf/22SR117.pdf.
[68] *Id.*
[69] Frank K. Nti, *Impacts and Repercussions of Price Increases on the Global Fertilizer Market*, USDA (June 30, 2022), https://www.fas.usda.gov/data/impacts-and-repercussions-price-increases-global-fertilizer-market.
[70] *Id.*
[71] PBS New Hour, *Farmers warn of food price spike as war drives up fuel and fertilizer costs* (Apr. 6, 2026), https://www.pbs.org/newshour/show/farmers-warn-of-food-price-spike-as-war-drives-up-fuel-and-fertilizer-costs.

86. Indeed, the USDA recognized that "[m]ost of the fertilizer price increase cannot be attributed to Russia-Ukraine crisis."[72]

87. In December 2025, the U.S. lifted sanctions on Belarusian potash in exchange for the release of political prisoners.[73] Despite this development, the market's reaction was minimal, and the reintroduction of this supply failed to lower potash prices.

**iv. Input Prices**

88. Additionally, rising input costs, such as natural gas prices, do not account for the persistently high prices of Nitrogen Fertilizer. Nitrogen Fertilizer prices remained elevated throughout the Class Period, even when natural gas prices were relatively low. Instead, prices of the NPK Fertilizers "remained stubbornly high" throughout the Class Period, "even as commodity markets softened."[74]

89. In fact, in 2021, the University of Illinois reported that "Nitrogen fertilizer prices are positively related to corn and natural gas prices. Because of current high corn and natural gas prices, one would expect nitrogen prices also to be high. However, in recent months, anhydrous ammonia prices *have exceeded levels one would expect, even given higher corn and natural gas prices*."[75] From December 2020 to December 2021 "anhydrous ammonia prices have increased $960 per ton, *more than doubling in price*."[76]

---

[72] *Id.*

[73] PBS, *Belarus frees prominent political prisoners as U.S. lifts sanctions on country's potash exports* (Dec. 13, 2025), https://www.pbs.org/newshour/world/belarus-frees-prominent-political-prisoners-as-u-s-lifts-sanctions-on-countrys-potash-exports.

[74] RealAgriculture Market Team, *Sticky input prices and short supplies: What's keeping fertilizer costs high?* (Aug. 28, 2025), https://www.realagriculture.com/2025/08/sticky-input-prices-and-short-supplies-whats-keeping-fertilizer-costs-high/.

[75] Gary Schnitkey et al., *Nitrogen Fertilizer Prices Above Expected Levels*, UNIV. OF IL FARM DOC DAILY (Dec. 14, 2021), https://farmdocdaily.illinois.edu/2021/12/nitrogen-fertilizer-prices-above-expected-levels.html (emphasis added).

[76] *Id.* (emphasis added).




90. Then, in the spring of 2023, the University of Illinois reported that "nitrogen prices are still at high levels. Except for 2022 and 2023, anhydrous ammonia prices *have rarely been above $1,000 per ton*. Before 2021, *the last time anhydrous ammonia was above $1,000 was in 2008*…. From 2009 to 2020, anhydrous ammonia prices averaged $637 per ton, 44% lower than the current $1,116 per ton level. …. In fall 2021, farmers could have booked nitrogen near $800 per ton, well below prices later in 2021 and through 2022. Sub-$1,000 prices did not exist during the fertilizer pricing window for 2023 production."[77]

91. Similarly, for Phosphate fertilizer, it was reported that "[w]hile rising costs of these inputs contributed to the increase in phosphate fertilizer prices in 2021 (Figure 2), they alone do

[77] Gary Schnitkey et al., *Nitrogen Fertilizer Prices Stabilize at High Levels in Spring 2023*, UNIV. OF IL FARM DOC DAILY (June 13, 2023), https://farmdocdaily.illinois.edu/2023/06/nitrogen-fertilizer-prices-stabilize-at-high-levels-in-spring-2023.html (emphasis added). During the 2008 price spike, potash producers were accused of price fixing. As discussed further below, those claims were settled in 2013. *See In re Potash Antitrust Litigation (No. II)*, No. 1:08-cv-06910 (N.D. Ill.).

not fully account for current price levels. Indeed, the premium associated with the phosphorus component in DAP and MAP remains historically elevated."[78]

92. Moreover, Defendants hedge against input costs shocks. CF Industries, Nutrien, Mosaic, and Yara confirm this in multiple financial statements.[79]

93. For example, CF Industries' 2024 Annual Report stated: "From time to time, we utilize natural gas derivatives to hedge our financial exposure to the price volatility of natural gas, the principal raw material we use in the production of nitrogen-based products. We may use natural gas futures, swaps and option contracts traded in over-the-counter markets or on exchanges. In addition, from time to time, we may use fixed-price, physical purchase and sales contracts to hedge our exposure to natural gas price volatility."[80]

94. The 2024 Q1 Results similarly indicated: "For the three months ended March 31, 2024, we used derivatives to cover approximately 55% of our natural gas consumption."[81]

95. Similarly, from 2020-2025, Nutrien reported that it assesses whether "our derivative hedging transactions are expected to be or were highly effective, both at the hedge's inception and on an ongoing basis, in offsetting changes in fair values of hedged items."[82] Its

---

[78] *Delphine Leconte-Demarsy and Brendan Rice*, High global phosphate prices pose potential food security risks, IFPRI (Mar. 20, 2025), https://www.ifpri.org/blog/high-global-phosphate-prices-pose-potential-food-security-risks/.

[79] The Koch Defendants are privately held and therefore do not submit financial reporting to the SEC.

[80] CF Industries Holdings, Inc., Annual Report (Form 10-K) (Feb. 20, 2025), https://www.sec.gov/Archives/edgar/data/1324404/000132440425000006/cf-20241231.htm#i60ae87a02c77423dac381667b474d844_247.

[81] CF Industries Holdings, Inc., Quarterly Report (Form 10-Q) (May 2, 2024), https://s203.q4cdn.com/145805377/files/doc_financials/2024/q1/2323b29e-24a0-4656-bcf7-ef17a398f3c9.pdf.

[82] Nutrien 2020 Annual Report at 126, available at https://cdn.sanity.io/files/ixv7nalm/production/31046e43bfdcba977d2638bb313c9d02875c0c44.pdf; Nutrien 2021 Annal Report at 124, available at https://cdn.sanity.io/files/ixv7nalm/production/9eecbcf59243df8eea36ffb7482ac9a25d5f18ce.pdf

hedging includes New York Mercantile Exchange ("NYMEX") natural gas hedges that is assessed on a prospective retrospective basis using regression analysis.[83]

96. Nutrien explained, "[i]n North America, we may enter into natural gas hedging transactions with the goal of minimizing risk from volatile gas prices. We purchase most of our natural gas from producers or marketers at the point of delivery of the natural gas into the pipeline system, then pay the pipeline company and, where applicable, the local distribution company to transport the natural gas to our nitrogen facilities. Approximately 90 percent of our North American consumption of natural gas by our Nitrogen operations is delivered pursuant to firm transportation contracts, which do not permit the pipeline or local distribution company to interrupt service to, or divert natural gas from, the plant."[84]

97. Mosaic similarly discloses that it "use[s] financial derivative contracts to manage the pricing on portions of our natural gas requirements."[85] Further stating, "Mosaic's natural gas

; Nutrien 2022 Annual Report at 106, available at https://cdn.sanity.io/files/ixv7nalm/production/850592093c14f5a1c2f6c7db22024b9269a6c204.pdf; Nutrien 2023 Annual Report at 113, https://cdn.sanity.io/files/ixv7nalm/production/8a8458f11fb9ec19f4b37878ea1905ad55e5fb7f.pdf; Nutrien 2024 Annual Report at 97, available at https://cdn.sanity.io/files/ixv7nalm/production/86e3ad6d6b14f4e9dd4a74e5c423763ef8bc0067.pdf; Nutrien 2025 Annual Report at 109, available at https://www.sec.gov/Archives/edgar/data/1725964/000119312526081339/d25691dex9911.pdf (last accessed Apr. 8, 2026).

[83] *Id.*

[84] Nutrien 2022 Annual Report at 14, available at https://cdn.sanity.io/files/ixv7nalm/production/a6b6371d3699058c0702ec6d1886a728d3f0cc34.pdf.

[85] Mosaic, 2025 Annual Report (Form 10-K) (Feb. 27, 2026), at 10, https://s1.q4cdn.com/823038994/files/doc_downloads/2026/04/MOS-2025-12-31-10K-Updated.pdf.

derivatives … are used to manage the risk related to significant price changes in natural gas."[86] The same was reported from 2020-2025.[87]

98. Yara similarly refers to commodity contracts linked to gas and ammonia prices when discussing derivatives in its annual report.[88] Moreover, Yara disclosed that "Yara's risk exposure towards energy sourcing is minimized through global purchasing activities, based on our energy strategy. Executing this strategy, we are continuously monitoring options for additional and alternative sources of favorably priced natural gas in existing and new areas of production. All our European gas contracts are hub-based, and we are well positioned to cover the risk of spot exposure. In some of our plants we have the operational flexibility to reduce gas purchases and import ammonia for fertilizer production if gas prices peak, and we benefit from a natural hedge in the correlation between nitrogen fertilizer prices and global energy prices."[89]

**v. Capacity Constraints**

99. On December 8, 2021, the Family Farm Action Alliance ("FFAA") sent a letter to the U.S. Department of Justice ("DOJ") urging an investigation into the highly consolidated

[86] *Id.* at F-23.
[87] Mosaic, 2024 Annual Report (Form 10-K) (Mar. 3, 2025), at 10, F-22, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/5f04a2d7-17fe-40d5-a948-bee71b688bd2.pdf; Mosaic, 2023 Annual Report (Form 10-K) (Feb. 22, 2024), at 11, F-23, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/555393c6-bb45-44ba-9f0b-259b735e8d1b.pdf; Mosaic, 2022 Annual Report (Form 10-K) (Feb. 23, 2023), at 11, F-23, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/c177b49b-a7e5-4f2f-afbc-b1fdc9629748.pdf; Mosaic, 2021 Annual Report (Form 10-K) (Feb. 23, 2022), at 10, F-23, https://www.sec.gov/Archives/edgar/data/1285785/000161803422000004/mos-20211231.htm; Mosaic, 2020 Annual Report (Form 10-K) (Feb. 22, 2021), at 16, F-25, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/999dd77d-af60-4d79-b479-93b22d053d07.pdf.
[88] Yara, 2022 Integrated Report, at 142, https://www.yara.com/siteassets/investors/057-reports-and-presentations/annual-reports/2022/yara-integrated-report-2022.pdf (last visited Apr. 8, 2026).
[89] *Id.* at 132.

fertilizer sector, concerned about anti-competitive practices. The letter highlighted Defendants' unsubstantiated claims regarding supply issues:

> Claiming a global shortage, fertilizer companies have recently broken records with the ballooning prices they charge for fertilizer. Yet the companies' own documents refute any shortage claims and reveal they have additional capacity they're not utilizing. While it's true that natural gas prices are currently high, Yara's 2021 third quarter report states explicitly that this has had "[l]imited impact on finished fertilizer production to date; Yara is closely monitoring the situation going forward." Nutrien's annual report states that "due to historically low global ammonia prices we curtailed production . . . while maintaining flexibility to respond to improvements in the market condition." Their potash capacity likewise exceeds current production levels, and in 2020 the cash cost to produce potash was $59 per tonne, the lowest level on record for Nutrien.[90]

100. Defendants' own statements aligned with the FFAA's suspicions. For example, Nutrien's 2020 annual report also reflected an ability to adjust production levels to meet demand, stating that, "due to historically low global ammonia prices we curtailed production … while maintaining flexibility to respond to improvements in the market condition."[91]

101. In fact, Nutrien's 2021 annual report bragged about its ability to increase potash production:

> We responded to extremely tight global market fundamentals and safely and efficiently increased our production by nearly 1 million tonnes [of potash]. We ramped up production in a very short time showcasing the flexibility and superior asset quality of our low-cost, integrated six-mine network. This represented *a small portion* of our low-cost available production capacity.[92]

[90] Letter to DOJ from Joe Maxwell, President of Family Farm Action Alliance (Dec. 8, 2021) https://farmaction.us/wp-content/uploads/2021/12/FFAA_DOJ_Fertilizer_Investigation_Final.pdf.
[91] Nutrien Annual Report 2020, available at https://cdn.sanity.io/files/ixv7nalm/production/bf661aa685bccdf831cfeae0e8a785e359e06fbd.pdf.
[92] Nutrien, 2021Annual Report, available at https://cdn.sanity.io/files/ixv7nalm/production/eab8f308cd5ed5a14587fba8a19f70c516458f08.pdf (emphasis added).

102. Defendants' own financial reports thus confirm there were no capacity shortages and that the precipitous increase of NPK Fertilizer prices was not attributable to supply chain shocks that resulted in increased input costs. Indeed, similarly to Nutrien, Defendants recognized that decreasing production despite having capacity would drive up prices:

103. CF Industries stated in its 2021 Form 10-K, "[d]uring periods of industry oversupply, our financial condition, results of operations and cash flows tend to be affected negatively as the price at which we sell our products typically declines, resulting in possible reduced profit margins, write-downs in the value of our inventory and temporary or permanent curtailments of production. In 2016 and 2017, our financial performance, credit ratings and the trading price for our common stock were negatively impacted by the lower selling prices resulting from the global oversupply of nitrogen fertilizer. While in 2018 and 2019, we experienced increases in the average selling price for our products, in 2020, the average selling price for our products decreased 14% to $203 per ton compared to $235 per ton in 2019. In 2021, the average selling price for our products increased 74% to $353 per ton compared to 2020."[93]

104. Mosaic similarly reported, "[p]eriods of high demand, increasing profits and high capacity utilization tend to lead to new plant investment and increased production in the industry. This growth increases supply until the market is over-saturated, leading to declining prices and declining capacity utilization until the cycle repeats…. The price at which we sell our crop nutrient products and our sales volumes could fall in the event of industry oversupply conditions, which could have a material adverse effect on our business, financial condition and results of operations…. Due to reduced market demand, depressed agricultural economic conditions and

---

[93] CF Industries, 2021 Annual Report (Form 10-K) (Feb. 24, 2022), at 12, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001324404/fb3473c7-b8f5-4d86-a17d-e1fc25046f58.pdf.

other factors, we and our predecessors have at various times suspended or curtailed production at some of our facilities. The extent to which we utilize available capacity at our facilities will cause fluctuations in our results of operations, as we will incur costs for any temporary or indefinite shutdowns of our facilities."[94]

105. Similarly, despite Yara's 2021 U.S. EBITDA being "76% higher than a year earlier, mainly reflecting higher production margins in North America[,]" it curtailed ammonia production and fertilizer products.[95] For example, Yara produced 7,606 thousand tonnes of ammonia and 21,047 thousand tonnes of finished fertilizer and industrial products, excl. bulk blends in 2020, but 7,261 and 20,856 in 2021, respectively.[96]

106. Decreasing production during in a high-margin would be against its self-interest unless Defendants knew the others would follow suit.

107. While Nutrien's cost of goods sold in 2021 did increase by 58% compared to the previous year, its gross manufacturing margin went up 669% from 2020.[97] Nutrien also saw its net income multiply more than 13-fold, reporting nearly $2 billion in net income during the first three quarters of 2021, up from $143 million at the same time in 2020. The company's revenues topped $20.4 billion in 2021, compared to less than $17 billion in 2020.[98]

---

[94] Mosaic, 2021 Annual Report (Form 10-K) (Feb. 23, 2022), at 32, https://www.sec.gov/Archives/edgar/data/1285785/000161803422000004/mos-20211231.htm.
[95] Yara, 2021 Annual Report, at 60-61, 108, https://www.yara.com/siteassets/investors/057-reports-and-presentations/annual-reports/2021/yara-integrated-report-2021.pdf (last visited Apr. 8, 2026).
[96] *Id.* at 61.
[97] Nutrien, *Nutrien Delivers Record Results and Expects Continued Growth in 2022* (Feb. 16, 2022), available at https://www.nutrien.com/news/press-releases/nutrien-delivers-record-results-and-expects-continued-growth-in-2022-1625.
[98] Soaring fertilizer prices boost profits for manufacturers (Dec. 9, 2021), available at https://capitalpress.com/2021/12/09/soaring-fertilizer-prices-boost-profits-for-manufacturers-

108. CF Industries saw its gross margin increase by 298% in 2021, though the cost of sales only accounted for 125% of that increase. During the first three quarters of 2021, CF Industries earned nearly $4 billion in revenues, up from about $3 billion the previous year.[99]

109. Mosaic earned $966 million in net income during the first three quarters of 2021 on revenues of $8.5 billion compared to a $162 million loss in 2020 with $6.2 billion in sales.[100]

110. Yara International's 2021 annual report admitted that "increased price transparency can challenge fertilizer premiums," and then went on to attribute the 76% increase in U.S. earnings before interest, taxes, depreciation, and amortization (EBITDA) since last year to "high production margins in North America and slightly higher deliveries."[101]

111. When Farm Action analyzed the movement of fertilizer prices in 2021, it found that producers appeared to move prices in tandem across all NPK products, and that these price changes were not tied to demand or cost or any other legitimate business factor, but simply to the variation in grain prices.[102] "What actually appears to drive fertilizer prices," Farm Action concluded, "is a

copy/#google_vignette.

[99] Soaring fertilizer prices boost profits for manufacturers (Dec. 9, 2021), available at https://capitalpress.com/2021/12/09/soaring-fertilizer-prices-boost-profits-for-manufacturers-copy/#google_vignette.

[100] *Id.*

[101] Yara Integrated Report 2021, available at https://www.yara.com/siteassets/investors/057-reports-and-presentations/annual-reports/2021/yara-integrated-report-2021.pdf.

[102] *See* Sarah Carden, *Big Fertilizer: Measuring the Impacts of Food and Farm System Concentration, Farm Action Special Report* (Jan. 19, 2022), available at https://farmaction.us/wp-content/uploads/2022/01/Big-Fertilizer_-Measuring-the-Impacts-of-Food-and Farm-System-Concentration.pdf; Joe Maxwell, Pres., Family Farm Action Alliance, Letter to Dep't. of Just. (Dec. 8, 2021), available at https://farmaction.us/wp-content/uploads/2021/12/FFAA_DOJ_Fertilizer_Investigation_Final.pdf.

collusive calculation" based on "the farmers' ability to pay" and "the maximum profit which can be extracted from [them]."[103]

112. This inference was also supported by various academic and governmental analyses of fertilizer price trends. For example, a 2021 article by University of Illinois economists stated that "retail fertilizer prices are highly related to corn prices, suggesting that demand conditions and assessment of farmers' abilities to pay influence nitrogen fertilizer companies' pricing decisions."[104]

113. A December 2021 study by the Agricultural and Food Policy Center and Texas A&M University also concluded that, "[t]he suggestion that recent increases in the price of natural gas are the primary reason for recent increases in the prices of nitrogen products is 'highly suspect.'" Instead, "fertilizer prices are tracking closely with the improvement in corn prices, leading producers to question the influence of fertilizer companies."[105]

114. A 2015 analysis by USDA economists found that "natural gas and ammonia fertilizer prices were decoupled around the year 2008," and that ammonia fertilizer prices thereafter "became more highly correlated with the price of corn."[106]

115. A March 15, 2024, AGWEB article noted that: "Despite global nitrogen fertilizer use having fallen almost 6 percent in 2022 due to the higher prices … as well as spot shortages of

---

[103] *Id.*

[104] Illinois Farm Bureau, Comment on USDA Request for Comments Regarding Access to Fertilizer: Competition
and Supply Chain Concerns, USDA Docket No. AMS-AMS-22-0027-1447 (May 12, 2022), available at
https://www.regulations.gov/comment/AMS-AMS-22-0027-0952.

[105] FarmProgress, Higher fertilizer prices not linked to natural gas (Jan. 12, 2022), available at https://www.farmprogress.com/corn/higher-fertilizer-prices-not-linked-to-natural-gas.

[106] J. Beckman & S. Riche, *Changes to the Natural Gas, Corn, and Fertilizer Price Relationships From The Biofuels Era*, 47(4) Journal of Agricultural and Applied Economics, 494-509 (2015).

product in some regions, global urea prices did not fall back to earlier (2021) levels on a consistent basis until late in 2023 … some analysts have suggested that the industry's market power helped keep those prices higher for longer than otherwise might have been the case in a more competitive market."[107]

### D. The Fertilizer Industry Has Been Scrutinized in the Past

116. The fertilizer industry, including Defendants, has a troubling history of being targeted for anticompetitive and unfair business practices. In the early 1990s, several potash producers faced scrutiny from the Antitrust Division of the U.S. Department of Justice for price-fixing.[108]

117. On September 15, 2008, a class action was filed on behalf of potash purchasers, alleging that various global producers of potash collaborated to restrict output and impose price increases. *See In re Potash Antitrust Litig.*, 667 F. Supp. 2d 907, 916, 919 (N.D. Ill. 2009). Plaintiffs' claims survived a motion to dismiss and were subsequently upheld by the Seventh Circuit in *Minn-Chem, Inc. v. Agrium, Inc.*, 683 F.3d 845, 860 (7th Cir. 2012).[109]

118. Following this decision, those plaintiffs and the potash producers reached a settlement. On February 10, 2013, Mosaic and PotashCorp announced that they each agreed to pay

---

[107] AGWEB, Concerns Grow Over Concentration in U.S. and Global Fertilizer Markets (Mar. 15, 2024),
available at https://www.agweb.com/opinion/concerns-grow-over-concentration-u-s-and-global-fertilizer-markets.

[108] *Probe of Potash Price Fixing Ends With No Planned Action*, Wall St. J. (June 17, 1996), https://www.wsj.com/articles/SB834968145602136000.

[109] *Minn-Chem, Inc. v. Agrium, Inc.*, 683 F.3d 845, 860–61 (7th Cir. 2012) ("The world market for potash is highly concentrated, and customers located in the United States account for a high percentage of sales. . . foreign sellers allegedly created a cartel, took steps outside the United States to drive the price up . . . and then (after succeeding in doing so) sold that product to U.S. customers. The payment of overcharges by those customers was objectively foreseeable, and the amount of commerce is plainly substantial.").

$43.75 million to resolve the claims.[110] Agrium, Inc. agreed to pay an additional $10 million, bringing the total settlement value to nearly $100 million.[111]

119. However, the settlement did not end the scrutiny of anticompetitive practices in the potash industry. In the fall of 2013, the American Antitrust Institute released a monograph analyzing the market power exerted by the few large global producers of fertilizer inputs. The report indicated that these fertilizer inputs were prone to anticompetitive coordination or collusion and concluded "fertilizer producers have likely acted in a coordinated fashion to raise prices, to the detriment of competitors and consumers."[112] The monograph also highlighted how potash producers, through Canpotex, engage in anticompetitive sharing of information related to export prices and volumes. [113]

**E. USDA Investigates Collusion and Price Fixing of NPK Fertilizers**

120. On October 28, 2025, Mark Mueller, President of the Iowa Corn Growers Association ("ICGA"), spoke at a U.S. Senate Committee on the Judiciary hearing on competition in the seed and fertilizer industries.[114] Mueller emphasized that rising fertilizer costs are hurting corn growers in Iowa and across the country, stating that "[g]rowers across the country are facing an impossible decision: buy fertilizer or stay solvent."[115]

---

[110] PR Newswire, *The Mosaic Company Announces Settlement Of Potash Antitrust Litigation* (Jan. 30, 2013), https://www.prnewswire.com/news-releases/the-mosaic-company-announces-settlement-of-potash-antitrust-litigation-189020521.html.

[111] The Canadian Press, *Big 3 potash miners to pay around $100M to settle U.S. antitrust cases* (Jan. 31, 2013), https://www.cbc.ca/news/canada/saskatchewan/big-3-potash-miners-to-pay-around-100m-to-settle-u-s-antitrust-cases-1.1362975.

[112] *Id.*

[113] *Id.*

[114] U.S. Senate Committee on the Judiciary, Hearing on Competition Issues in the Seed & Fertilizer Industries – Written Testimony of Mark Mueller, President of the Iowa Corn Growers Association (Oct. 28, 2025), https://www.grassley.senate.gov/download/mark-mueller-testimony-senate-judiciary-committee-submitted-version.

[115] *Id.*

121. Mueller explained that "it is well past time to stop ignoring the role of the fertilizer monopolies that dominate critical input markets[,]" as decades of consolidation in the U.S. fertilizer industry have resulted in only a few companies dominating the market and a dramatic increase in fertilizer prices.[116] Mueller went on to explain that the number of corn bushels needed to purchase one unit of monoammonium phosphate surged from an average of 136 bushels to 230 bushels over the past five years.[117] This situation exemplifies the intense financial pressure on farmers as fertilizer prices continue to surge while crop revenues stagnate.

122. At the same hearing, Dr. Diana Moss, Vice President & Director of Competition Policy at the Progressive Policy Institute, stated:

> These trends in fertilizer prices over the last 25 years signal a potentially troubling pattern. Numerous studies have established that price changes are not totally accounted for by changes in demand for crop commodities, or by changes in input costs, such as fuels needed to produce fertilizers (e.g., natural gas for nitrogen). Instead, price patterns marked by an unexplainable price spike, followed by a price decrease, then another price spike, may well indicate anticompetitive coordination.
>
> These dynamics may reflect the formation of a tacit or explicit agreement among producers, followed by a breakdown due to a defection(s) from the agreement followed by the reconstitution of the agreement. … Analysis of collusive behavior would look at the possibility of regional cartels or a global "super" cartel among fertilizer producers, or the more complex interaction between private companies, government sanctioned export cartels, and governments themselves.[118]

123. In December 2025, President Donald Trump issued an executive order instructing the U.S. Attorney General and the Chairman of the FTC to establish a Food Supply Chain Security Task Force to investigate price-fixing and anti-competitive practices in the food sector.[119]

---

[116] *Id.*
[117] *Id.*
[118] Pressure Cooker: Competition Issues in the Seed & Fertilizer Industries Testimony of Dr. Diana Moss Vice President & Director of Competition Policy Progressive Policy Institute (Oct. 28, 2025) *available at* https://www.judiciary.senate.gov/imo/media/doc/57806f69-9cd2-0a74-ac7a-d2b236ce9e3b/2025-10- 28_Testimony_Moss.pdf.
[119] The White House, *Addressing Security Risks from Price Fixing and Anti-Competitive Behavior*

124. On January 21, 2026, U.S. Department of Agriculture Deputy Secretary Stephen Vaden publicly stated that Mosaic and Nutrien had been "constraining supply and driving up the prices that farmers pay" for fertilizers. He emphasized that "[i]t's unacceptable. We're not going to allow these two companies to do anything to undermine any other new market participant that wants to come in, provide new fertilizer supply and break up the cute little game that Mosaic and Nutrien have been playing for the last several years."[120]

125. In February 2026, the ICGA[121] and the Texas Corn Producers Association[122] sent letters to U.S. Attorney General Pam Bondi seeking clarity on the DOJ's efforts to investigate and address potential antitrust violations within the fertilizer industry. The letters were reported to reflect farmers' growing frustrations over high fertilizer prices while crop returns remained stagnant.[123]

126. On March 4, 2026, Bloomberg Law reported that the DOJ was investigating whether NPK Fertilizer producers, including Mosaic, Yara, Nutrien, CF Industries, and Koch, colluded to raise prices, potentially violating antitrust laws.

127. On March 12, 2026, U.S. Senator Josh Hawley, the Chairman of the Subcommittee on Crime and Counterterrorism, wrote to CF Industries, Mosaic, Koch, Nutrien, and Yara asking

*in the Food Supply Chain* (Dec. 6, 2025), https://www.whitehouse.gov/presidential-actions/2025/12/addressing-security-risks-from-price-fixing-and-anti-competitive-behavior-in-the-food-supply-chain/.

[120] A Conversation with USDA Deputy Secretary Stephen Vaden (Jan. 21, 2026), at 46:40–47:19, https://nationalaglawcenter.org/webinars/vaden/.

[121] Iowa Corn Growers Ass'n, Letter to U.S. Attorney General Pam Bondi (Feb. 4, 2026), https://x.com/iowa_corn/status/2019456648654315988.

[122] Texas Corn Producers Ass'n, Letter to U.S. Attorney General Pam Bondi (Feb. 10, 2026), https://texascorn.org/wp-content/uploads/2026/02/TCPADOJStatusLetter_021026.pdf.

[123] Chris Clayton, *Report: DOJ Looking at Fertilizer Cos.*, Progressive Farmer (Mar. 5, 2026), https://www.dtnpf.com/agriculture/web/ag/crops/article/2026/03/05/iowa-corn-growers-urge-doj-press.

each to explain recent NPK Fertilizer price increases and noting that "the price run-ups American farmers are facing far outpace any disruption from recent events."[124] Among other things, Senator Hawley requested that each company specifically identify any recent price changes and whether "your company communicated with any competitor regarding prices, production, inventory, allocations, capacity, market conditions, customer terms, or timing of announcements."

128. At the same time, Senator Hawley wrote to Attorney General Pamela Bondi, noting the high level of concentration in the NPK Fertilizer market and requesting that she, among other things, "open or expand a formal investigation into pricing, output, allocation, and communications practices among fertilizer producers serving the U.S. market."[125]

### F. NPK Fertilizer Prices Surged During the Class Period, While Input Costs and Demand Declined

129. Before the conspiracy began, increases in NPK Fertilizer prices were usually temporary, with market forces naturally correcting pricing in line with a competitive market.[126] Real prices for NPK Fertilizers historically had remained within a tight band except around 2008, when producers were accused of colluding to increase prices, as discussed above. Today, NPK Fertilizer prices remain well above historically normal levels, even when accounting for inflation.

---

[124] Letter from Senator Josh Hawley to Christopher Bohn President and Chief Executive Officer, CF Industries Holding Inc. (Mar. 12, 2026) *available at* https://www.hawley.senate.gov/wp-content/uploads/2026/03/2026-03-12-Letter-to-Fertilizer-Companies-CF-Industries-Holdings-Inc.pdf.

[125] Letter from Senator Josh Hawley to Hon. Pamela Bondi, Attorney General (Mar. 12, 2026), *available at* https://www.hawley.senate.gov/wp-content/uploads/2026/03/2026-03-12-Letter-to-DOJ-re-Fertilizer-Companies.pdf.

[126] David Widmar, *2020 fertilizer prices — some of the lowest in a decade*, Michigan Farm News (Apr. 7, 2020), https://www.michiganfarmnews.com/2020-fertilizer-prices-some-of-the-lowest-in-a-decade.




130. However, during the Class Period, NPK Fertilizer prices rose significantly because of Defendants' collusion.

131. Indeed, following a nominal fall in prices following the unprecedent price spike from 2022 –23, in mid-2024 NPK Fertilizer prices began rising again:[127]




[127] Faith Parum, *Fertilizer Outlook: Global Risks, Higher Costs, Tighter Margins*, Am. Farm Bureau Fed'n – Market Intel (Sep. 11, 2025), https://www.fb.org/market-intel/fertilizer-outlook-global-risks-higher-costs-tighter-margins.

128

132. Input costs and other macroeconomic factors do not explain these sustained high prices. In 2021, Nutrien's gross manufacturing profit margin was 669% up from 2020, even though its costs of goods sold only increased 58%.[129] This dramatic expansion of profits continued into 2022, with Mosaic improving on its 2021 profits by 120%, Nutrien by 142%, and CF Industries by 212%.[130]

133. Indeed, Defendants Nutrien, Mosaic, CF Industries, and Yara continued to reap profits:




128 Texas Farm Bureau, *Fertilizer prices on the rise for farmers, ranchers* (Sep. 15, 2025), https://texasfarmbureau.org/fertilizer-prices-on-the-rise-for-farmers-ranchers/.

129 Farm Action Fact Sheet: The Fertilizer Sector, https://farmaction.us/wp-content/uploads/2024/09/Fertilizer_Farm-Action.pdf.

130 *Id.*

[131]

134. The recent simultaneous rise in prices across all three NPK Fertilizer submarkets from 2024 to 2026, following a decline in 2023, mirrors the synchronized pattern observed during the price spike of 2021–2022. This repeated pattern of aligned price movements across three chemically distinct product categories suggests coordinated conduct rather than independent pricing decisions by firms responding to varying cost structures and supply and demand conditions.

135. The nitrogen, phosphate, and potash submarkets involve distinct chemical products, production processes, and raw materials. In a competitive market, prices are expected to vary according to these factors. However, the tight synchronization of prices across these submarkets indicates misconduct and collusion among Defendants, who operate across multiple nutrient categories and share sensitive information through formal and informal channels.

### G. Plus Factors in the Fertilizer Industry Provide Additional Evidence of Defendants' Conspiracy

136. The structure and characteristics of the market for NPK Fertilizers make the market highly susceptible to collusion. These facts, when considered against the backdrop of the parallel conduct of Defendants, are consistent with collusion and inconsistent with the proper functioning of a competitive market. They therefore support an inference of the anticompetitive agreement alleged herein.

137. Seven compelling factors suggest that Defendants are part of a *per se* unlawful price-fixing cartel. These factors are that (a) Defendants exchanged competitively sensitive information; (b) the NPK Fertilizer markets are increasingly concentrated; (c) there are high

[131] Noah Zahn, *The price of plenty: Fertilizer companies cash in while farmers struggle*, *supra* note 46.

barriers to market entry; (d) Defendants had opportunities and invitations to collude; (e) NPK Fertilizers are commodity products; (f) the NPK Fertilizer markets are highly inelastic; and (g) the NPK Fertilizer industry has been scrutinized for violating antitrust laws before.

#### i. Defendants Exchanged Competitive Sensitive Information

138. The exchange of sensitive, firm-specific information indicates collusion. Mosaic's and Nutrien's participation in Canpotex allows the sharing of confidential production data, pricing information, and sales volumes, which is usually kept confidential. Additionally, there is significant overlap in personnel; for instance, Nutrien's CEO was once Canpotex's President and CEO.[132]

#### ii. The NPK Fertilizer Industry Has Experienced High Consolidation and is Highly Concentrated

139. The NPK Fertilizer market is highly concentrated, with only two firms dominating potash[133] and Phosphorus Fertilizer production, and four firms controlling Nitrogen Fertilizer production.[134] Additionally, foreign NPK suppliers, especially for potash, have become less competitive due to the war in Ukraine and U.S. tariffs. Since 2008, the Nitrogen Fertilizer industry has consolidated, as highlighted by CF Industries' acquisition of Terra in 2010[135] and the merger

---

[132] Nutrien News, *Nutrien Announces CEO Transition* (Jan. 4, 2022) https://www.nutrien.com/news/press-releases/nutrien-announces-ceo-transition-1622.

[133] Rami al Rawashdeh and Philip Maxwell, *Analysing the world potash industry*, ScienceDirect (Sep. 14, 2014), https://www.sciencedirect.com/science/article/abs/pii/S030142071400049X.

[134] Sarah Carden, *Big Fertilizer: Measuring the Impacts of Food and Farm System Concentration*, Farm Action (Jan. 19, 2022), https://farmaction.us/wp-content/uploads/2022/01/Big-Fertilizer_-Measuring-the-Impacts-of-Food-and-Farm-System-Concentration.pdf.

[135] CF Industries, *CF Industries And Terra Industries Agree To Combine, Creating A Global Industry Leader* (Mar. 12, 2010) https://www.sec.gov/Archives/edgar/data/722079/000110465910014026/a10-5658_1ex99d1.htm.

of Agrium, Inc. and PotashCorp in 2018, which formed Nutrien,[136] the second-largest global Nitrogen Fertilizer producer.

140. A 2024 study from Texas A&M University titled "Concentration and Competition in the U.S. Fertilizer Industry"[137] highlighted the following Herfindahl-Hirschman Index ("HHI") scores for different types of fertilizers in the U.S.: potash had an HHI of 3,455,[138] Nitrogen Fertilizer was at 2,382,[139] and Phosphate Fertilizer reached 4,553.[140] The DOJ and the FTC consider markets with an HHI above 1,800 to be highly concentrated.

141. Being among those first hit, farmers have attributed higher prices to this consolidation. For example, the North Dakota Farmer's Union wrote that "[d]espite convincing evidence of anticompetitive pricing of fertilizer and highly concentrated market structures, most antitrust authorities have shown scant interest in investigating the fertilizer industry."[141]

**iii. Defendants Benefit from High Barriers to Entry**

142. NPK Fertilizer producers face high entry barriers, including high financial, operational, and logistical costs and strict regulations. New entrants must invest in land and

---

[136] Nutrien, *Management's Discussion & Analysis of Financial Condition and Results of Operations* (2018), https://www.sec.gov/Archives/edgar/data/1725964/000119312519053855/d636808dex992.htm#:~:text=Merger,owned%20subsidiaries%20of%20Nutrien%20Ltd.

[137] Bart L. Fisher, et al., *Concentration and Competition in the U.S. Fertilizer Industry*, Texas A&M Univ., Agricultural and Food Policy Center (March 2024), https://afpc.tamu.edu/research/publications/725/BP-24-1_AFPC-Fertilizer-Markets-May-2024.pdf#:~:text=Briefing%20Paper%2024%2D1%20March%202024%20Page%202,farms%20and%20ranches%20across%20the%20United%20States.

[138] *Id.* at 10.

[139] *Id.*

[140] *Id.*

[141] North Dakota Farmers' Union, *WATNE: Fertilizer prices high for producers* (July 6, 2022), https://ndfu.org/watne-fertilizer-prices-high-for-producers/.

facilities for production and compete with established customer relationships. Therefore, it is unlikely that new competitors will effectively challenge cartel pricing.

143. Incumbents own the overwhelming majority of high-grade potash and phosphate rock reserves in North America. Opening a new mine would require substantial risky expenditures on exploration, large upfront capital outlays for construction, and years of lead time before production could begin. There is also limited know-how and talent outside the industry to successfully execute such projects, and most of the know-how and talent is employed by Defendants. Nutrien's 2025 Annual Report noted that "[b]uilding new [potash] production capacity requires significant capital and time to bring online. The expected cost for a greenfield project, including infrastructure, ranges up to $7 billion and requires a minimum of 10 years."[142]

144. Moreover, a new phosphate or potassium fertilizer plant would face uncertainty in sourcing raw minerals or secondary feedstocks, such as phosphoric acid, that are necessary for production. Even if a new entrant could source raw materials and manufacture fertilizer at a competitive cost, it would still need access to distribution outlets, transportation, and storage.

**iv. Defendants had many Opportunities to Collude**

145. The NPK Fertilizer industry has trade associations and events that provide opportunities for and facilitate collusion among Defendants. The Fertilizer Institute ("TFI"), the leading U.S. trade association for fertilizers, hosts an Annual Business Conference that serves as the fertilizer industry's main networking event.

---

[142] Nutrien 2024 Annual Report, available at https://cdn.sanity.io/files/ixv7nalm/production/116378e3b1092ebacea8c2f8caa3b6badda38b72.pdf.

146. As of 2026, key executives from Nutrien, Mosaic, CF Industries, Koch, and Yara are on the Board of Directors of TFI.[143] TFI encourages fertilizer manufacturers to become members for access to exclusive "market intelligence data." Regular members of TFI "either sell or plan to sell fertilizer products within the United States. Regular members' dues are calculated based on the company's tons imported, produced, and sold at wholesale and retail during the previous year. There are different dues rates for nutrient tons imported, produced, and sold at wholesale and retail. With tonnage from manufacturing assessed at the highest rate, and retail tonnage is assessed at the lowest rate."[144] According to TFI, one of its key member benefits includes "access to trusted information and data."[145] It promises that manufacturer members will receive access to member-only content and market intelligence data.[146] During the class period, TFI sponsored more than thirty in-person trade events.

147. Additionally, all Defendants are members of the International Fertilizer Association ("IFA"),[147] which holds various annual events and maintains IFASTAT, IFA's online database for global fertilizer statistics that cover supply, trade, and consumption. These statistics provide IFA members with sensitive market information, including statistics on fertilizer supply and consumption. Nutrien's Kenneth Seitz is also part of IFA's Executive Committee.[148] During the class period, IFA sponsored more than fifteen in-person trade events.

---

[143] The Fertilizer Institute, *Leadership*, https://www.tfi.org/about-us/leadership/ (last visited Apr. 2, 2026).

[144] The Fertilizer Institute, *Become a Member*, https://www.tfi.org/membership/become-a-member/ (last visited Apr. 8, 2026).

[145] The Fertilizer Institute, *Member Benefits*, https://www.tfi.org/membership/member-benefits/ (last visited Apr. 8, 2026).

[146] The Fertilizer Institute, *Market Intelligence Insights*, https://www.tfi.org/insights/market-intelligence-insights/ (last visited Apr. 8, 2026).

[147] IFA, *Our Members*, https://www.fertilizer.org/about-ifa/our-members/ (last visited Apr. 2, 2026).

[148] IFA, *Our Executive Committee*, https://www.fertilizer.org/about-ifa/structure-governance/our-

148. In addition to TFI and IFA, all six Defendants are members of Fertilizer Canada, a Canadian fertilizer industry organization headquartered in Ottawa, Ontario;[149] Nutrien Ltd., The Mosaic Company, and Koch Sulfur Products Company L.L.C., are all members[150] and Board members[151] of The Sulfur Institute, a global association for sulfur and sulfuric acid professionals, based in Washington, D.C.;[152] and both David Bilby (CF Industries) and Shawn McGreevy (Koch Fertilizer LLC), are Board members of the Fertilizer Industry Round Table, a fertilizer trade group.[153] Many of these organizations also hosted in-person trade events.

**v. NPK Fertilizers are Commodity Products**

149. Nitrogen Fertilizers, Phosphorus Fertilizers, and potash are homogeneous commodity products. Consequently, suppliers' products can easily be substituted. As a result, buyers tend to base their purchase decisions primarily, if not entirely, on price.

**vi. NPK Fertilizers are Inelastic**

150. The Nitrogen Fertilizer, Phosphorus Fertilizer, and potash markets are highly inelastic. When demand is inelastic, increases in price do not meaningfully reduce the quantity sold, allowing firms engaged in collusion to raise prices without risking significant loss of sales. Demand for NPK Fertilizers is inelastic because NPK Fertilizers provide the macronutrients necessary to sustain crop production. Humans depend on industrialized agriculture and crop

---

executive-committee/ (last visited Apr. 2, 2026).

[149] Fertilizer Canada, *About*, https://fertilizercanada.ca/about/.

[150] The Sulfur Institute, *About TSI: Member Companies*, https://www.sulphurinstitute.org/about-tsi/member-companies/.

[151] The Sulfur Institute, *About TSI: Board of Directors*, https://www.sulphurinstitute.org/about-tsi/board-of-directors/.

[152] The Sulfur Institute, *About TSI: Mission and Programs*, https://www.sulphurinstitute.org/about-tsi/mission-and-programs/.

[153] Fertilizer Industry Round Table, *About: Current Board*, http://www.firt.org/about/current-board.

farming, which in turn depend on replenishing nutrient rich soil with fertilizers. U.S. farmers must replenish the soil with fertilizers every year, sometimes multiple times throughout the year.

### vii. Defendants are Recurrent Antitrust Violators

151. As discussed above, the NPK Fertilizers industry has a history of antitrust scrutiny. In the early 1990s, several potash producers were the subject of a price-fixing investigation by the DOJ. In 2008, U.S. purchasers filed antitrust lawsuits alleging that major producers—including companies such as Mosaic, PotashCorp, and Agrium—coordinated production and sales to keep potash prices artificially high.[154] Plaintiffs alleged producers shared market information, allocated volumes, and restricted output as part of a "tight-knit global cartel."[155] Several companies later settled private antitrust claims, with settlements around $43.75 million each from firms such as Mosaic and PotashCorp (without admitting wrongdoing).[156]

## V. Anti-Competitive Effects and Relevant Antitrust Markets

152. Defendants' anticompetitive conduct caused the following effects:

- competition among Defendants has been restrained or eliminated with respect to NPK Fertilizers;
- the price of NPK Fertilizers has been fixed, stabilized, or maintained at artificially high levels; and
- Plaintiff and Class Members have been deprived of the benefits of free competition among Defendants.

[154] *See* Potash Producers Must Face Buyers' U.S. Antitrust Lawsuit (July 27, 2012), *available at* https://www.fertilizerworks.com/news/potash-producers-must-face-buyers%E2%80%99-us-antitrust-lawsuit (discussing *Minn-Chem Inc. v. Agrium Inc.*, No. 10-1712 (7th Cir. 2008).
[155] *See* Potash Price-Fixing Conspiracy Alleged (Sept. 12, 2008), *available at* https://www.courthousenews.com/potash-price-fixing-conspiracy-alleged/.
[156] The Mosaic Company Announces Settlement of Potash Antitrust Litigation (Jan. 30, 2013), *available at* https://www.prnewswire.com/news-releases/the-mosaic-company-announces-settlement-of-potash-antitrust-litigation-189020521.html.

153. Defendants' violations of antitrust laws have caused Plaintiff and Class Members to pay higher prices for NPK Fertilizers than they would have absent Defendants' illegal conspiracy. As a result, Plaintiff and Class Members have suffered damages in the form of paying supracompetitive prices for their NPK Fertilizer purchases. This type of injury is precisely what antitrust laws aim to punish and prevent. Defendants' price-fixing agreement is unlawful, by either *per se* standards or under a quick-look or rule-of-reason analysis.

154. As described herein, during the Class Period, Plaintiff indirectly purchased NPK Fertilizers from the Defendants.

155. Research from the American Antitrust Institute indicates that the median overcharge imposed by members of hard-core fertilizer cartels was approximately 41%, which exceeds the 30% median overcharge observed across all industries from 1702 to 2010.[157] These findings highlight that the fertilizer industry has historically been particularly susceptible to anticompetitive misconduct, which disproportionately harm consumers of fertilizer products when such misconduct occurs.

156. Under the *per se* standard, and especially when there are clear anticompetitive effects, it is not necessary to define a relevant product and geographic market. However, Plaintiff provides that definition below in case its allegations are ultimately examined under a quick-look or rule-of-reason analysis.

**A. The Relevant Product Market Is NPK Fertilizers**

157. If a relevant product market needs to be defined, it is the market for NPK Fertilizers. There are no reasonable substitutes for NPK Fertilizers, making them a distinct product market.

---

[157] C. Robert Taylor and Diana L. Moss, *The Fertilizer Oligopoly: The case for Global Antitrust Enforcement*, at 14 n.20, Am. Antitrust Inst. (Sep. 2013), https://www.antitrustinstitute.org/wp-content/uploads/2013/10/FertilizerMonograph.pdf.

Additionally, or alternatively, there are individual submarkets for Nitrogen Fertilizers, Phosphate Fertilizers, and potash.

### B. The Relevant Geographic Market Is the U.S.

158. If a geographic market needs to be defined in this case, it is the U.S. Defendants produce and distribute NPK Fertilizers from locations across the country and have increased NPK Fertilizer prices nationwide.

### C. Interstate Impact

159. Billions of dollars of transactions in NPK Fertilizers are entered into each year in interstate commerce in the United States and its territories and the payments for those transactions flowed in interstate commerce.

160. Defendants' conspiracy had a direct, substantial, and foreseeable impact on interstate commerce in the United States and its territories.

161. Defendants intentionally targeted their unlawful conduct to affect commerce, including interstate commerce within the United States and its territories, by combining, conspiring, and/or agreeing to fix, maintain, stabilize, and/or artificially inflate prices for NPK Fertilizers in the United States.

162. Defendants' unlawful conduct has a direct and adverse impact on competition in the United States and its territories. Absent Defendants' conspiracy to fix the prices of NPK Fertilizers sold in the United States, the prices of NPK Fertilizers would have been determined by a competitive, efficient market.

## VI. Class Allegations

163. Plaintiff brings this action on behalf of himself and all others similarly situated pursuant to Rule 23 of the Federal Rules of Civil Procedure as representative of the following class (the "Class" or "Class Members"), which is defined as follows.

> **Nationwide Indirect-Purchaser Class.** All persons and entities who, at any time during the Class Period, purchased NPK Fertilizers indirectly from one or more Defendants, or from any division, subsidiary, predecessor, agent, or affiliate of such Defendants.

164. Excluded from the Class are (a) Defendants, Defendants' subsidiaries, parents, successors, predecessors, and any entity in which Defendants or their parents have a controlling interest, and its current or former employees, officers, and directors; and (b) all judicial officers assigned to hear any aspect of this litigation and members of their families.

165. This action has been brought and may be properly maintained on behalf of the Class proposed herein under Rule 23 of the Federal Rules of Civil Procedure.

166. **Numerosity (Federal Rule of Civil Procedure 23(a)(1))**. The members of the Class are so numerous and dispersed that joinder of all Class Members in a single action is impracticable. The Class, at a minimum, likely consists of thousands of Class Members who have purchased NPK Fertilizers. The exact number and identity of Class Members may be ascertained from Defendants or their authorized distributers' or retailers' records.

167. **Commonality and Predominance (Federal Rule of Civil Procedure 23(a)(2) and (b)(3))**. There are questions of fact and law common to the Class that predominate over any questions affecting only individual members, including:

(a) the definition of the relevant product market;

(b) Defendants' market power within the relevant product market;

(c) whether Defendants exchanged competitively sensitive information;

(d) whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for NPK Fertilizers;

(e) whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for Nitrogen Fertilizers;

(f) whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for Phosphorus Fertilizers;

(g) whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for potash;

(h) the duration of the conspiracy alleged herein and the acts performed by Defendants and their unnamed co-conspirators in furtherance of the conspiracy;

(i) whether such conspiracy violated federal antitrust laws;

(j) whether the conduct of Defendants and their unnamed co-conspirators, as alleged in this complaint, caused injury to Plaintiff and other Class Members;

(k) whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on NPK Fertilizers;

(l) whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on Nitrogen Fertilizers;

(m) whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on Phosphorus Fertilizers;

(n) whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on potash;

(o) the appropriate class-wide measure of damages; and

(p) the nature of appropriate injunctive relief to restore competition in NPK Fertilizer market, or in each of the nitrogen, phosphorus, or potash markets respectively.

168. **Typicality (Federal Rule of Civil Procedure 23(a)(3))**. Plaintiff's claims are typical of those of the Class because Plaintiff, like every other Class member, was affected by Defendants' unlawful conduct in that they paid artificially inflated prices for NPK Fertilizers. Plaintiff's and the Class Members' claims originate from the same conduct, practice, and procedure on the part of Defendants. Plaintiff's claims are based on the same theories as the Class Members, and Plaintiff suffered the same injuries as the Class Members.

169. **Adequacy of Representation (Federal Rule of Civil Procedure 23(a)(4))**. Plaintiff will fairly and adequately represent and protect the interests of Class in that he has no disabling or disqualifying conflicts of interest that would be antagonistic to those of the other members of the Class. Plaintiff will vigorously pursue the claims of the Class Members. Plaintiff has retained counsel experienced in antitrust class action litigation, and Plaintiff intends to prosecute this action vigorously.

170. **Superiority of Class Action (Federal Rule of Civil Procedure 23(b)(3))**. A class action is superior to other available methods for the fair and efficient adjudication of this controversy, as the pursuit of numerous individual lawsuits would not be economically feasible for individual Class Members, and certification as a class action will preserve judicial resources by allowing the Class' common issues to be adjudicated in a single forum, avoiding the need for duplicative hearings and discovery in individual actions that are based on the same essential facts, proof, and legal theories. In addition, without a class action, it is likely that many members of the Class will remain unaware of the claims they may possess.

171. A class action is superior to all other available methods for the fair and efficient adjudication of this matter in that, among other things, it will permit many similarly situated people to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of effort and expense that numerous individual actions would create.

172. Plaintiff is unaware of any difficulty to be encountered in the management and maintenance of this action as a class action under Rule 23.

173. **Injunctive Relief (Federal Rule of Civil Procedure 23(b)(2))**. Defendants have acted or refused to act on grounds generally applicable to Plaintiff and to all Class Members, thereby making appropriate identical injunctive relief with respect to the Class as a whole.

## VII. Tolling of the Statute of Limitations

174. Due to Defendants' fraudulent concealment of their wrongful actions, the statute of limitations has been tolled as to any claims and rights of action that Plaintiff has stemming from Defendants' unlawful conspiracy as described in this complaint.

175. Additionally, a continuing violation resets the statute of limitations period each time Defendants commit an overt act. Throughout the Class Period, Defendants continually sold

NPK Fertilizers at fixed prices as a result of their ongoing price-fixing and industry data-exchange agreements.

176. These acts were not simply reaffirmations of past conduct but new, overt, independent actions that perpetuated Defendants' agreement and ensured it adapted to market conditions. By continuously updating and refining their agreement to align with market trends, Defendants caused new and accumulative harm to Plaintiff and the Class Members.

177. In a price-fixing conspiracy, each inflated sale resets the statute of limitations period, regardless of Plaintiff's prior knowledge of the illegality. Therefore, each illegally priced sale of NPK Fertilizer by a Defendant qualifies as a new cause of action for statute of limitations purposes.

## VIII. Causes of Action

### Count I
### Price-Fixing in Violation of Section 1 of the Sherman Act, 15 U.S.C. §1
### (On behalf of the Nationwide Indirect Purchaser Class for Injunctive Relief Against All Defendants)

178. Plaintiff hereby repeats the allegations in the foregoing paragraphs as if fully set forth herein.

179. Though further investigation may reveal an earlier date, beginning in or around January 1, 2021, and continuing into the present, Defendants and their co-conspirators entered into and engaged in a contract, combination, or conspiracy to unreasonably restrain trade in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.

180. The contract, combination, or conspiracy consisted of an agreement among Defendants and their co-conspirators to fix, raise, stabilize, or maintain at artificially high levels the price of NPK Fertilizer and involved the exchange of competitively sensitive information

between and among Defendants, causing anticompetitive effects without sufficient procompetitive justifications.

181. These restraints affect the relevant markets: (a) NPK Fertilizers; (b) alternative submarkets including, Nitrogen Fertilizers, Phosphorus Fertilizers, and potash; and (c) the U.S.

182. As a direct and proximate result, Plaintiff and Class Members have suffered antitrust injury and damages to their business or property, including by paying overcharges of and supracompetitive prices for NPK Fertilizer and loss of competitive benefits, and will continue to be injured absent injunctive relief.

183. Defendants' anticompetitive conduct had the following effects, among others:

- competition among Defendants has been restrained or eliminated with respect to NPK Fertilizer prices;
- the prices of NPK Fertilizer have been fixed, stabilized, or maintained at artificially high levels; and
- Plaintiff and members of the Class have been deprived of the benefits of free and open competition between and among Defendants.

184. Defendants' conduct lacks legitimate procompetitive justifications and affects as substantial volume of interstate commerce, as NPK Fertilizer is marketed and sold nationwide. As such, Defendants' conduct is unlawful under the per se standard, as well as under the quick-look and rule-of-reason analyses. Moreover, even if there were valid procompetitive justifications, such justifications could have been achieved through reasonable, less restrictive competitive endeavors.

185. Pursuant to the Clayton Act, 15 U.S.C. §§15 and 26, on behalf of members of the Indirect Purchaser Class, Plaintiff is entitled to and seeks injunctive relief to enjoin Defendants' ongoing violations, and attorneys' fees and costs against Defendants.

## Count II

### Violations of All Other *Illinois Brick* Repealer State Antitrust Statutes (On behalf of All State-Specific Indirect-Purchaser Subclasses Against All Defendants)

186. Plaintiff hereby repeats the allegations in the foregoing paragraphs as if fully set forth herein.

187. Though further investigation may reveal an earlier date, beginning in or around January 1, 2021, and continuing into the present, Defendants and their co-conspirators entered into and engaged in a contract, combination, or conspiracy to unreasonably restrain trade.

188. The contract, combination, or conspiracy consisted of an agreement among Defendants and their co-conspirators to fix, raise, stabilize, or maintain at artificially high levels the price of NPK Fertilizer and involved the exchange of competitively sensitive information between and among Defendants, causing anticompetitive effects without sufficient procompetitive justifications.

189. The contract, combination, or conspiracy had a direct, substantial, and reasonably foreseeable effect upon commerce within the United States and within each of the States by causing Plaintiff and Class Members to pay higher prices for NPK Fertilizers than they would have absent Defendants' illegal conspiracy. As a result, Plaintiff and Class Members have suffered damages in the form of paying supracompetitive prices for their NPK Fertilizer purchases.

190. As a result of Defendants' unlawful conduct, Plaintiffs and other Class Members have been injured in their business and property by paying inflated prices for NPK Fertilizers.

191. By engaging in the conduct described above, Defendants formed a contract, combination, or conspiracy in restraint of trade in violation of the following State laws:

- Alabama under Ala. Code §6-5-60, *et seq.*;
- Arizona under Ariz. Rev. Stat. Ann. §44-1401, *et seq.*;
    - In accordance with the requirements of Ariz. Rev. Stat. § 44-1415, contemporaneously with the filing of this action, counsel sent letters by certified mail, return receipt requested, to: Kris Mayes, Attorney General of Arizona, informing him of the existence of the Class Action Complaint, identifying the relevant state antitrust provisions, and enclosing a copy of a Class Action Complaint.
- California under Cal. Bus. & Prof. Code §16750, *et seq.*;
- Colorado under Colo. Rev. Stat. Ann. §6-4-101, *et seq.*;
- Connecticut under Conn. Gen. Stat. §§ 35-3, *et seq.*;
- District of Columbia under D.C. Code Ann. §28-4501, *et seq.*;
- Florida under Fla. Stat. §542.15, *et seq.*;
- Hawaii under Haw. Rev. Stat. Ann. §480-1, *et seq.*;
- Illinois under 740 Ill. Comp. Stat. Ann. 10/3(1), *et seq.*;
- Iowa under Iowa Code Ann. §553.1, *et seq.*;
- Kansas under Kan. Stat. Ann. §§ 50-101, *et seq.*;
- Maine under Me. Stat. tit. 10 §1101, *et seq.*;
- Maryland under Md. Comm. Laws. Ann. §§ 11-204 *et seq.*,
- Michigan under Mich. Comp. Laws Ann. §445.771, et seq.;
- Minnesota under Minn. Stat. Ann. §325D.49, *et seq.*;
- Mississippi under Miss. Code. Ann. §75-21-1, *et seq.*;
- Nebraska under Neb. Rev. Stat. Ann. §59-801, *et seq.*;
- Nevada under Nev. Rev. Stat. §598A.010, *et seq.*;
    - In accordance with the requirements of Nevada Revised Statute § 598A.210(3) contemporaneously with the filing of this action, counsel sent letters by certified mail, return receipt requested, to: Aaron Ford, Attorney General of Nevada, informing him of the existence of the

Class Action Complaint, identifying the relevant state antitrust provisions, and enclosing a copy of a Class Action Complaint.

- New Hampshire under N.H. Rev. Stat. Ann. §§ 356:1, *et seq.*;
- New Mexico under N.M. Stat. Ann. §57-1-1, *et seq.*;
- New York under N.Y. Gen. Bus. Law §340, *et seq.*;
  - In accordance with the requirements of N.Y. Gen. Bus. L. § 340(5), contemporaneously with the filing of this action, counsel sent letters by certified mail, return receipt requested, to: Letitia James, Attorney General of New York, informing her of the existence of the Class Action Complaint, identifying the relevant state antitrust provisions, and enclosing a copy of a Class Action Complaint.
- North Carolina under N.C. Gen. Stat. Ann. §75-1, *et seq.*;
- North Dakota under N.D. Cent. Code Ann. §51-08.1-01, *et seq.*;
- Oregon under Or. Rev. Stat. Ann. §646.705, *et seq.*;
- Rhode Island under R.I. Gen. Laws §§ 6-36-1, *et seq.*;
  - In accordance with the requirements of R.I. Gen. Laws § 6-36-21, contemporaneously with the filing of this action, counsel sent letters by certified mail, return receipt requested, to: Peter Neronha, Attorney General of Rhode Island, informing him of the existence of the Class Action Complaint, identifying the relevant state antitrust provisions, and enclosing a copy of a Class Action Complaint.
- South Dakota under S.D. Codified Laws §37-1-3.1, *et seq.*;
- Tennessee under Tenn. Code Ann. §47-25-101, *et seq.*;
- Vermont under Vt. Stat. Ann tit. 9, §2451, *et seq.*;
- West Virginia under W. Va. Code Ann. §47-18-1, *et seq.*; and
- Wisconsin under Wis. Stat. Ann. §133.01, *et seq.*

## IX. Request for Relief

WHEREFORE, Plaintiff prays that the Court grant judgment on Plaintiff's behalf and on behalf of the Classes herein against Defendants, as follows:

192. That this action be certified as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(2); that Plaintiff be appointed as Class Representative; and that Plaintiff's counsel be appointed as Class Counsel to represent the proposed Class.

193. Plaintiff and the members of the Indirect Purchaser Class recover damages, to the maximum extent allowed under such laws, and that a judgment in favor of Plaintiff and the Class Members be entered against Defendants in an amount to be trebled to the extent such laws permit.

194. On behalf of Plaintiff and the Nationwide Indirect Purchaser Classes, a permanent injunction that Defendants, their affiliates, successors, transferees, assignees and other officers, directors, partners, agents and employees thereof, and all other persons acting or claiming to act on their behalf or in concert with them, be permanently enjoined and restrained from, in any manner, continuing, maintaining, or renewing the conduct alleged herein, or from entering into any other contract or engaging in any other conduct having a similar purpose or effect, and from adopting or following any practice, plan, program, or device having a similar purpose or effect.

195. Plaintiff and Indirect Purchaser Class Members be awarded pre- and post- judgment interest as provided by law, and that such interest be awarded at the highest legal rate from and after the date of service of this complaint.

196. Plaintiff and all Class Members recover their costs of suit, including reasonable attorneys' fees and costs, as provided by law.

197. Plaintiff and all Class Members be awarded such other and further relief as the case may require and the Court may deem just and proper.

## X. Jury Trial Demand

Plaintiff hereby demands a jury trial on all claims so triable.

Dated: April 29, 2026

*/s/ Bryan Clobes*

Bryan L. Clobes
Jennifer W. Sprengel
Daniel O. Herrera
Kaitlin Naughton
Henry Visser Melville
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
bclobes@caffertyclobes.com
knaughton@caffertyclobers.com
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
hmelville@caffertyclobes.com

***Counsel for Plaintiff and the Proposed Class***